UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

     Petitioner,                              Case No. 13-14695
                                                  Hon. Matthew F. Leitman

v.

CARMEN D. PALMER,

     Respondent.
_____/

## ORDER DENYING MOTION TO LIMIT RESPONDENT'S
## SCOPE OF SUPPLEMENTAL BRIEFING

The Court has reviewed Petitioner's Motion to Limit the Scope of Respondent's Supplemental Briefing. The motion is DENIED.  The Court is not going to limit the issues that Respondent may brief as requested by Petitioner.  It is, of course, possible that -- for the very reasons cited in Petitioner's motion -- Respondent may, perhaps, ultimately not be entitled to prevail on some of the arguments he raises in his supplemental brief. But the Court is not going to bar Respondent from addressing the issues in the brief. Once the issues are fully briefed, the Court will determine whether Respondent's arguments are preserved and properly before the Court and whether they are meritorious.

    **IT IS SO ORDERED.**

                                    /s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  April 9, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 9, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda

Case Manager

(313) 234-5113