UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,                                     Case No. 13-cv-14695
                                                           Hon. Matthew F. Leitman

v.

CARMEN D. PALMER,

    Respondent.

_____/

**ORDER TERMINATING AS MOOT PETITIONER'S MOTIONS FOR ORAL ARGUMENT AND FOR IMMEDIATE CONSIDERATION (ECF ##31-32); AND GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION TO REDOCKET PREVIOUSLY FILED MOTIONS (ECF #34)**

On March 6, 2015, Petitioner Omar Rashad Pouncy ("Pouncy") filed a "Motion for Immediate Consideration" (ECF #31) and a "Motion for Oral Argument" (ECF #32) with respect to his Motion for Summary Judgment (ECF #33.) The Court heard oral argument on Pouncy's summary judgment motion on June 17, 2015, and has now decided the motion. (*See* ECF #58.) Accordingly, **IT IS HEREBY ORDERED** that Pouncy's Motion for Immediate Consideration (ECF #31) and Motion for Oral Argument (ECF #32) are **TERMINATED AS MOOT**.

Pouncy has also filed a "Motion to Redocket Previously Filed Motions." (*See* ECF #34.) In this motion, Pouncy seeks to have certain previous motions he

1

filed adjudicated, including "Petitioner's Motion for Bond, Motion for Oral Argument, Motion for Referral to a Magistrate, and Motion for Evidentiary Hearing." (*Id.* at ¶9.) The Court has reviewed the motion and **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**. Pouncy may file his proposed motion requesting an evidentiary hearing on his claim of actual innocence, and he may request an evidentiary hearing on any other portion of the Petition he deems appropriate. This motion is denied in all other respects. The Court will neither grant bond nor refer this case to a Magistrate Judge at this time.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 20, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113