UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,　　　　　　　　　　　　Case No. 13-cv-14695
　　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

CARMEN D. PALMER,

    Respondent.
_____/

### ORDER TO APPEAR AT HEARING ON RESPONDENT'S EMERGENCY MOTION FOR ORDER TO REVOKE PETITIONER'S BOND (ECF #109)

On April 29, 2016, Respondent Carmen D. Palmer ("Respondent") filed an emergency motion asking the Court to revoke Petitioner Omar Rashad Pouncy's ("Pouncy") release on bond pending appeal (the "Emergency Motion"). (*See* ECF #109.) Given the allegations in the Emergency Motion, the Court will set an expedited briefing schedule and hearing on the Emergency Motion as set forth below.

Accordingly, **IT IS HEREBY ORDERED** that Pouncy shall file a written response to the Emergency Motion with the Court by no later than **2:00 p.m. on Wednesday, May 4, 2016**.

**IT IS FURTHER ORDERED** that counsel for both parties **and Pouncy personally** shall appear for an expedited hearing on the Emergency Motion at the

1

United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 242, Detroit, Michigan, on **Thursday, May 5, 2016, at 2:00 p.m.**

        /s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: May 2, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 2, 2016, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (313) 234-5113