PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Omar Rashad Pouncy**             Docket No. 13cv14695

### Petition for Action on Conditions of Pretrial Release

COMES NOW Homero Hinojosa, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of petitioner <u>Omar Rashad Pouncy,</u> who was placed under pretrial release supervision by Your Honor sitting in the court at <u>Detroit, Michigan</u>, on March 28, 2016, under the following conditions:

Report as directed to Pretrial Services
Continue or actively seek employment with counsel of record
Travel restricted to the Eastern District of Michigan
Avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to any person who testified against the petitioner
Do not use alcohol at all
Do not use or possess any controlled substances and submit to drug testing and or treatment
Participate in the Location Monitoring Program with a curfew from 9 PM to 8 AM
Remain at designated residence and shall remain present in that residence at all times other than when petitioner is at the place of employment, at a meeting with attorney, or at a medical/mental health appointment

### Respectfully presenting petition for action of court and for cause as follows:

On May 1, 2016, at 7:29 PM and at 7:45 PM, two messages "low battery charge unit" were submitted and delivered to the petitioner. The petitioner never acknowledged the messages nor did he charge his GPS tether until May 2, 2016, at 3:42 AM.

This resulted in the petitioner not being monitored for 8 hours and 13 minutes during the aforementioned time period.

**PRAYING THAT THE COURT WILL ORDER A BOND REVIEW HEARING ON MAY 5, 2016, at 2 PM SO THE DEFENDANT MAY ANSWER TO THE AFOREMENTIONED ALLEGATIONS.**

**SO ORDERED**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2016

_____
U.S. Pretrial Officer Homero Hinojosa

Place: Detroit, Michigan
Date: May 3, 2016

ORDER OF COURT

Considered and ordered this 3rd day of May, 2016 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge Matthew F. Leitman