UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,   Case No. 13-cv-14695
                                  Hon. Matthew F. Leitman

v.

CARMEN D. PALMER,

    Respondent.
_____/

**ORDER AMENDING BOND CONDITIONS**

The United States Court of Appeals for the Sixth Circuit will hear oral argument in Respondent's appeal on August 4, 2016, in Cincinnati, Ohio. The Court will permit Petitioner to travel to and attend the appellate argument subject to the following strict conditions:

    1.    On August 3, 2016, Petitioner may drive directly from his residence to a hotel (or other accommodation) in the Cincinnati area. Petitioner must supply the name and address of the hotel (or accommodation) to the Court's pre-trial services unit <u>before</u> leaving. During the drive, Petitioner may stop only to re-fuel, to eat, and/or to use a restroom.

    2.    Once Petitioner arrives at his hotel (or accommodation), he shall remain there until the following day when he may travel directly to the United States Courthouse in Cincinnati.

1

3. At <u>no</u> time (ever, not just during Petitioner's travels to Cincinnati) shall Petitioner have any contact of any kind, directly or indirectly, with any Judge of the United States Court of Appeals for the Sixth Circuit and/or with any person employed by that court. The sole exceptions to this provision are that (a) Petitioner may ask a court staff person for directions to the courtroom and for directions to a restroom within the courthouse and (b) nothing in this order shall prevent Petitioner's counsel, during the argument of Petitioner's appeal, from asking permission from the Sixth Circuit panel for Petitioner to address the panel, and Petitioner may address the panel if given permission to do so.

4. Other than passing by Assistant Attorney General John Pallas (and/or any other person employed by the Michigan Attorney General) in the courthouse and courtroom as necessary, Petitioner shall not have any contact of any kind, directly or indirectly, with Mr. Pallas (and/or any other person employed by the Michigan Attorney General) during his travels.

5. Immediately following the completion of the appellate argument in his case, Petitioner shall exit the United States Courthouse and begin traveling back to his residence. Petitioner shall not remain in the United States Courthouse for any purpose following the completion of the appellate argument. During Petitioner's drive back to his residence, Petitioner may stop only to re-fuel, to eat, and/or to use a restroom.

6. Except as expressly modified herein, all previously-imposed bond conditions remain in effect.

7. Petitioner is advised that the Court will strictly enforce all bond conditions and that any violation of any condition may result in revocation of Petitioner's bond.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 1, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113