PS8
(8/88)

# United States District Court
for the
### Eastern District of Michigan

U.S.A. vs. **Omar Rashad Pouncy**　　　　　　　　　　　Docket No. 13cv14695

### Petition for Action on Conditions of Pretrial Release

　　COMES NOW Homero Hinojosa, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of petitioner <u>Omar Rashad Pouncy,</u> who was placed under pretrial release supervision by Your Honor sitting in the court at <u>Detroit, Michigan</u>, on March 28, 2016, under the following conditions:

Report as directed to Pretrial Services
Continue or actively seek employment with counsel of record
Travel restricted to the Eastern District of Michigan
Avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to any person who testified against the petitioner
Do not use alcohol at all
Do not use or possess any controlled substances and submit to drug testing and or treatment
Participate in the Location Monitoring Program with a curfew from 9 PM to 8 AM
Remain at designated residence and shall remain present in that residence at all times other than when petitioner is at the place of employment, at a meeting with attorney, or at a medical/mental health appointment

### Respectfully presenting petition for action of court and for cause as follows:

On September 21, 2016, this officer received a telephone call from a Detective of the Farmington Hills Police Department. The Detective stated, that on Tuesday, September 20, 2016, in the evening hours, officers of the Farmington Hills Police Department responded to the Petitioner's residence regarding a complaint of shots fired.

Officers arrived at the Petitioner's home and observed the Petitioner outside of his residence. The Petitioner entered his home and would not exit. At this time officer's recovered two (2) gun shell casings on the back porch of the residence.

A stand off ensued with the Petitioner and the Farmington Hills Police Department. The Petitioner eventually exited his residence and was taken into custody.

A search warrant was secured. Upon searching the Petitioner's residence, in his bedroom closet a cut out in the floor was discovered. Recovered inside the cut out of the floor were an A-R 15 assault rifle and a Glock semi automatic hand gun. The two (2) recovered spent shell casings match the aforementioned weapons. One from the A-R 15 Assault Rifle and one from the Glock Hand Gun.

The Petitioner remains in the custody of the Farmington Hills Police Department and is being charged with Felon in Possession of a Firearm and Unlawful Discharge of a Firearm.

PRAYING THAT THE COURT WILL ORDER THE PETITIONER'S BOND BE CANCELLED AND A WARRANT ISSUED FOR HIS ARREST.

SO ORDERED

| | |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on September 21, 2016<br><br>*Homero Hinojosa*<br>U.S. Pretrial Officer Homero Hinojosa<br><br>Place: Detroit, Michigan<br>Date: September 21, 2016 | ORDER OF COURT<br><br>Considered and ordered this 21st day of Sept., 20 16 and ordered filed and made a part of the records in the above case.<br><br>_____<br>U.S. District Judge Matthew F. Leitman |