UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

Case No. 13-cv-14695
Hon. Matthew F. Leitman

v.

CARMEN D. PALMER,

    Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION FOR CLARIFICATION (ECF #121)

On December 21, 2016, this Court entered an Order denying Petitioner Omar Rashad Pouncy's ("Pouncy") motion to reinstate bond (the "Denial Order"). (*See* ECF #120.)

On January 2, 2017, Pouncy filed a motion to clarify the Denial Order, or, in the alternative, for rehearing or reconsideration of that order (the "Motion to Clarify"). (*See* ECF #121.)

The Court does not believe that clarification of the Denial Order is necessary or appropriate. Moreover, to the extent Pouncy seeks rehearing or reconsideration of the Denial Order, he has failed to satisfy the Court's requirements that he "demonstrate a palpable defect by which the [C]ourt and the parties … have been

1

misled [and] show that correcting the defect [would] result in a different disposition of the case." E.D. Mich. Local Rule 7.1(h)(3).

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Clarify (ECF #121) is **DENIED**.

Dated: January 3, 2017

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 3, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113