UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

    Case No. 13-cv-14695
    Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.
_____/

## ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION TO RETAIN PETITIONER IN PRESENT FEDERAL DISTRICT DURING CURRENT APPEAL AND POST-APPEAL HABEAS CORPUS LITIGATION (ECF #127)

On February 21, 2017, Petitioner Omar Rashad Pouncy filed a Motion to Retain Petitioner in Present Federal District During Current Appeal and Post-Appeal Habeas Corpus Litigation (the "Motion"). (*See* ECF #124.) For the reasons stated by the Court during the on-the-record telephonic status conference held on July 24, 2017, the Motion (ECF #124) is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: July 25, 2017

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2017, by electronic means and/or ordinary mail.

            s/Holly A. Monda
            Case Manager
            (810) 341-9764