UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

     Petitioner,

                                           Case No. 13-cv-14695

v.                                        Hon. Matthew F. Leitman

CARMEN D. PALMER,

     Respondent.

_____

## ORDER DENYING PETITIONER'S RULE 60(b)/RULE 54(b) MOTION

Petitioner Omar Rashad Pouncy, through counsel, has filed a motion under Federal Rules of Civil Procedure 60(b) and 54(b) (docket no. 150). Respondent Carmen D. Palmer, through counsel, has filed an answer in opposition (docket no. 151). Petitioner has filed a reply (docket no. 152). This Court, having considered the pleadings, the applicable law, and the record of this case:

**IT IS HEREBY ORDERED** that Petitioner's motion is DENIED for the reasons stated on the record during the telephonic status conference held in this matter on Thursday, December 7, 2017.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: December 14, 2017

Approved as to form:

| | |
|---|---|
| /s/ David L. Moffitt (w/consent) | /s/ John S. Pallas |
| David L. Moffitt | John S. Pallas |
| Attorney for Petitioner | Attorney for Respondent |
| Law Offices of David L. Moffitt | Michigan Department of Attorney |
| & Associates | General – Appellate Division |
| 30800 Telegraph Road, Suite 1705 | P.O. Box 30217 |
| Bingham Farms, MI 48025 | Lansing, MI 48909 |
| (248) 644-0880 | (517) 373-4875 |
| dlmoffittassoc@ameritech.net | pallasj@michigan.gov |