# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 24, 2018

Mr. Omar Rashad Pouncy
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811

Mr. David Louis Moffitt
Law Office
30800 Telegraph Road, Suite 1705
Bingham Farms, MI 48025

Ms. Laura Graves Moody
Mr. John S. Pallas
Office of the Attorney General of Michigan
P.O. Box 30217
Lansing, MI 48116

    Re: Case No. 17-2467, *Omar Pouncy v. Carmen Palmer*
      Originating Case No. : 2:13-cv-14695

Dear Mr. Pouncy and Counsel:

 The Court issued the enclosed Order today in this case.

          Sincerely yours,

          s/Robin L. Johnson
          Case Manager
          Direct Dial No. 513-564-7039

cc: Mr. David J. Weaver

Enclosure

Case No. 17-2467

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

OMAR RASHAD POUNCY

    Petitioner - Appellant

v.

CARMEN DENISE PALMER, Warden

    Respondent - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 24, 2018