UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**OMAR RASHAD POUNCY**,

    Petitioner,

                                                                                        Civil Action No. 2:13-cv-14695
                                                                                        The Hon. Matthew F. Leitman

v .

**CARMEN D. PALMER**,

    Respondent.

_____/
LAW OFFICES OF DAVID L. MOFFITT & ASSOCIATES
By: David L. Moffitt, Esq. (P30716)
Co-Attorney for Petitioner Omar Rashad Pouncy

LATHAM & WATKINS PC
By: Daniel Meron, Esq.
Co-Attorney for Petitioner Omar Rashad Pouncy

WARNER, NORCROSS & JUDD PC
By: Brian P. Lennon, Esq. (P47361)
Co-Attorney for Petitioner Omar Rashad Pouncy
_____/

**WITHDRAWAL OF MOTION
TO WITHDRAW AS COUNSEL**

NOW COMES David L. Moffitt (P30716), the movant/co-counsel for the above-named Petitioner OMAR RASHAD POUNCY, and hereby withdraws his Motion to Withdraw as Counsel.

Respectfully Submitted,

LAW OFFICES OF DAVID L
MOFFITT & ASSOCIATES

/s/ David L. Moffitt
_____
David L. Moffitt (P30716)
Co-Counsel for Defendant-Petitioner
Omar Rashad Pouncy

1