UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Omar Rashad Pouncy,

                Petitioner(s),

v.                                  Case No. 2:13−cv−14695−MFL−LJM
                                         Hon. Matthew F. Leitman

Carmen D. Palmer,

                Respondent(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Room 127, Flint, Michigan, for the following proceeding(s):

- EVIDENTIARY HEARING: May 22, 2018 at 09:30 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/H Monda
                                                      Case Manager

Dated: May 3, 2018