# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

OMAR RASHAD POUNCY

    Petitioner,

v.

CARMEN D. PALMER,

    Respondent.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

## ORDER SETTING SCHEDULE AND PAGE LIMITS FOR POST-HEARING BRIEFING

**IT IS HEREBY ORDERED** that the parties shall follow this agreed upon schedule and following page limits for post-hearing briefing with respect to the evidentiary hearing held in this Court on May 22, 2018:

- Petitioner's Opening Brief: July 31, 2018, 50 pages
- Respondent's Opening Brief: September 7, 2018, 50 pages
- Petitioner's Reply Brief: September 27, 2018, 25 pages

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 25, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2018, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764