# INCIDENT / PROSECUTION REPORT

Westland Police Department
6701 Ford Road, Westland, MI 48185

PO# ___
PRIMARY | PAGE 1 OF 3

| 01 | DATE 10/08/05 | DAY SAT | SHIFT 02 | PLAT 02 | BADGE 1 1473 | BADGE 2 1188 | UCR | ADMIN | INCIDENT # 05-0034407 |

| 02 | RECEIVED 2330 | DISPATCHED 2330 | ARRIVED 2330 | COMPLETED 0030 | DATE(S) OCCURRED 10/08/05 | TIME(S) OCCURRED | HOUR | DAY |

| 03 | LOCATION / ADDRESS: 8472 WOODCREST WESTLAND MI 48185 | LOCATION 2 (INTERSECTING STREET) |

| 04 | CODE | BUSINESS NAME | BUSINESS PHONE |

| 05 | ESTAB CODE 2000 | ORIGIN FOP | HOW ACTIVATED FOP | REPORT TAKEN STA | REC BADGE | DISP BADGE | UNIT 1 | UNIT 2 |

| 06 | NATURE OF INCIDENT #1: DISGUISE ID | ATT | CRIME CLASS 2397 | ALC/DRUGS/COMP | BIAS | WEAPON | # PREM | ACTIVITY | POINT OF ENTRY / ATTACK |

| 07 | NATURE OF INCIDENT #2: O.D. FELONY WARRANT | ATT | SEC CLASS 3040 | ALC/DRUGS/COMP | BIAS | WEAPON | # PREM | ACTIVITY | METHOD OF ENTRY / ATTACK |

| 08 | NATURE OF INCIDENT #3 | ATT | SEC CLASS | | | | | | TOOL / OBJECT / WEAPON |

| 09 | NATURE OF INCIDENT #4 | ATT | SEC CLASS | | | | | | OTHER CHARACTERISTICS |

CODES (1)REPTD BY (2)OWNER (3)VICT (4)PERS INTERV (5)ARREST (6)SUSP MISS'G (8)WITN (9)SECUR'D BY (O)JUV ARREST (D)DRIVER (P)PASSNGR (R)RESPONSIBLE (S)SUMMONED (X)MISC

| 10 | CODE | VICT # | ACTUAL VICTIM (LAST, FIRST MIDDLE, SUFFIX) | R/C SEX DOB | AGE | VICTIM TO RECEIVE CVRA NOTICE |

| 11 | CODE | NAME (LAST, FIRST, MIDDLE, SUFFIX) (ACTUAL VICTIM'S REP) | R/C SEX DOB | AGE | RELATION TO ACTUAL VICTIM |

| 12 | ADDRESS (DIRECTION, STREET, SUFFIX QUALIFIER) |

| 13 | HOME PHONE | BUSINESS PHONE | STATE DRIVER'S LICENSE # | CONN | TYP | REL TO OFN # | INJ | V CIRC | JH |

| 14 | PE 5 | CODE | OFN # 01 | NAME: MCGRUDER, JAAWKAWA EDWARD | R/C B SEX M DOB 06/07/84 | AGE |

| 15 | ADDRESS: 8287 WOODCREST Apt. 1 WESTLAND MI 48185 |

| 16 | HOME PHONE | BUSINESS PHONE | HEIGHT 510 | WEIGHT 157 | EYES | HAIR | LENGTH | STYLE | BUILD | SKIN TONE |

| 17 | STATE MI | DRIVER'S LICENSE # M263354188427 | SOC SEC # | SID # | FBI # | MISC # |

| 18 | ALIAS (MAIDEN NAME, LAST, FIRST, MIDDLE, SUFFIX) | COMMENTS / CLOTHING / ETC | VIOLATION |

| 19 | ARREST CHRG 1 2397 | ARREST DATE 10/08/05 | PLAT 02 | BADGE 1 1473 | BADGE 2 1188 | FM DIS | ARREST CHRG 2 3040 | ARREST DATE 10/08/05 | PLAT | BADGE 1 1473 | BADGE 2 1188 | FM DIS |

| 20 | OST MCN CLR T C Y 00 | ARMED AT ARREST | ORIGIN FOP | STATUS 1 | FINGERPRINTS YES | CHR Y | ACTION REQUESTED: 1☐ARREST WARRANT 2☐SEARCH WARRANT 3☐PADLOCK 4☐INJUNCTION 5☐FORFEITURE 6☐OTHER |

CODES (H)HOLD (S)STOLEN (Y)COUNTERFEIT (E)EVIDENCE (L)LOST (A)ATTACKED (R)RECOVERED (F)FOUND (C)CONFISCATED (X)IMPOUNDED (V)SUSPECT VEHICLE (B)BURNED

| 21 | CODES | DESCRIPTION | PROP TYPE | QUANTITY | YEAR | MAKE | MODEL |

| 22 | STYLE | COLOR(S) | MONTH | YEAR | STATE | LICENSE | SERIAL/VIN # |

| 23 | STOLEN $ | DAMAGED $ | RECOVERED $ | PROPERTY TAG # | LOCATION PROPERTY | LEIN REF # | NIC # |

| 24 | COMMENTS / INSURANCE COMPANY / LIEN HOLDER / BANK: **NSR** | REC BADGE 1 | REC BADGE 2 | LEO | RECOVERY DATE | DG TYPE | DRUG AMOUNT | MEAS |

### BRIEF SUMMARY OF OFFENSE (TITLE / SUMMARY)

OFCS WERE PATROLLING THE WOODCREST APT COMPLEX WHEN WE OBSERVED THE LISTED SUBJ RIDING A BICYCLE WITH NO LIGHT AS REQUIRED BY CITY ORDINANCE. WE STOPPED TO INVESTIGATE HIM AND HE IDENTIFIED HIMSELF VERBALLY AS JACLAY WILLIAMS. UPON FURTHER INVESTIGATION WE LEARNED HE WAS USING A FALSE NAME. WE CONFRONTED HIM ABOUT THIS AND HE ADMITTED HIS TRUE NAME. A LEIN CHECK SHOWED HIM TO BE WANTED ON THE LISTED WARRANT WHICH WAS CONFIRMED BY DISPATCH. HE WAS ARRESTED, HANDCUFFED (DL/TC) AND SEARCHED. HE WAS CONVEYED TO THE WLPD WHERE HE WAS PROCESSED AND PUT IN A CELL TO AWAIT COURT/BOND.   (CONT)

INCIDENT # 05-0034407

INVESTIGATING OFFICER(S): T ADAMS/D DINSMORE
REVIEWED BY: [signature]
ATTENTION TO:
I affirm the above information is true and correct.
O.I.C. Signature:

Westland Police Department
6701 Ford Road, Westland, MI 48185

**NARRATIVE REPORT**

PO #:
SUPPRESS:
RPTTYPE: PRIMARY
PAGE 2 OF 3

| 01 | DATE | DAY | SHIFT | PLAT | BADGE 1 | BADGE 2 | INCIDENT STATUS | CRIME CLASS | INCIDENT # |
|---|---|---|---|---|---|---|---|---|---|
| | 10/08/05 | SAT | 02 | 02 | 1473 | 1188 | ☐ CLR ARREST ☐ UNF ☐ CLR EXCEPT ☐ INACT | 2397 | 05-0034407 |

02  THE SUBJ WAS ISSUED ORD# 105537 FOR DISGUISE ID AND HOLD WAS PLACED ON HIM
03 FOR THE FELONY WARRANT IN GENESSEE COUNTY. WE LEFT HIS BIKE WITH HIS
   ROOMMATE, HODGES.
04
   OD WARRANT: OCA#05-5208, DOW: 8-18-05, FELONY FLEE & ELUDE, 7TH CIRCUIT COURT
05 GENESSEE COUNTY, NO BOND.

INVESTIGATING OFFICER(S): T ADAMS/D DINSMORE
REVIEWED BY: [signature]
ASSIGNED TO / BADGE:
ATTENTION TO:

**Westland Police Department**
36701 Ford Road, Westland, MI 48185

**PERSON / WITNESS LIST** — PO # ___ PRIMARY — PAGE 3 OF 3

| 01 | DATE 10/08/05 | DAY SAT | SHIFT 02 | PLAT 02 | BADGE 1 1473 | BADGE 2 1188 | UCR | ADMIN | INCIDENT # 05-0034407 |

CODES (1)REPTD BY (2)OWNER (3)VICT (4)PERS INTERV (5)ARREST (6)SUSP (7)MISS'G (8)WITN (9)SECUR'D BY (O)JUV ARREST (D)DRIVER (P)PASSNGR (R)RESPONSIBLE (S)SUMMONED (X)MISC
WITNESS TYPES (HW)HANDWRITING (EX)EXPERT (EY)EYEWITNESS (OF)POLICE OFFICER (CO)COMPLAINANT (CM)CHEMIST (MD)MEDICAL (VC)VICTIM (OC)OIC (RG)RES GESTAE (MS)MISC

| 02 | CODE X | VICT # | ACTUAL VICTIM: HODGES, DUAN BIBBINS | RAC B | SEX M | DOB 10/09/77 | AGE | VICTIM TO RECEIVE CVRA NOTICE |

ADDRESS: 8287 WOODCREST Apt. 1 WESTLAND MI 48185

COMMENTS / TESTIMONY:
MCGRUDER'S ROOMMATE. TOOK POSSESSION OF MCGRUDER'S BIKE.

INVESTIGATING OFFICER(S): T ADAMS / D DINSMORE

REVIEWED BY: [signature]

I affirm the above information is true and correct.
O.I.C. Signature _____

| Westland Police Department | | | | | | PO # | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36701 Ford Road, Westland, MI 48185 | | | | | NARRATIVE REPORT | SUPPRESS: NO | RPTTYPE: SUPPLEMENTAL | PAGE 1 OF 1 | |
| DATE | DAY | SHIFT | PLAT | BADGE 1 | BADGE 2 | INCIDENT STATUS ☐CLR ARREST ☐UNF ☐CLR EXCEPT ☐INACT | CRIME CLASS | INCIDENT # | |
| 10/10/05 | MON | 01 | 04 | 0911 | | | 2397 | 05-0034407 | |

Incident Type: Disguise Id
Complainant: Ofc Adams
Subject: Jaawkawa Edward McGruder

On 10/09/05, I was called at home, & told that the listed subject was in custody for disguise Id & an other department warrant. I had been looking for the subject as he was a suspect in an R.A. of a pizza delivery person (case#05-0028947). I came in and interviewed him on same. There was no follow up needed on the disguising ID case as a violation was issued by the arresting officers. Case closed.

| INVESTIGATING OFFICER(S) | REVIEWED BY | ASSIGNED TO / BADGE | ATTENTION TO |
|---|---|---|---|
| Sgt C Benson #911 | 649 | | |

10/25/05 Probation Agent Anthony Ford requested report.
(810) 424-5742   on Jaakawa McGauder

**State of Michigan Uniform Law Citation**

Ticket No. **105537**

US DOT #: 
Incident No. **05-24407**
Dept. No. **817**
☐ Victim Involved

The People of: ☐ the State of Michigan ☐ Township ☒ City ☐ Village ☐ County
OF: **WESTLAND**

Local Use/Arrest No.:
Detection Device:
BAC:

THE UNDERSIGNED SAYS THAT ON: Month **10** Day **8** Year **05** At approximately **11:30** ☐ A.M. ☒ P.M.
Date of Birth: Month **6** Day **7** Year **84**

State **MI** ☒ Oper. ☐ Chauff.  CDL Grp/End:  Driver License Number: **M263354188427**  Social Security No.:

Race **B**  Sex **M**  Height **5-J**  Weight **157**  Hair **B1**  Eyes **B1**  Occupation/Employer:

Name (First, Middle, Last): **JaRikau Edward-Jaclay McGruder**

Street: **8287 Woodcrest #1**

City: **Westland**  State: **MI**  Zip Code: **48185**

Vehicle Plate No.:  Year:  State:  Vehicle Description (Year, Make, Color):  Veh. Type:

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON **8472 Woodcrest**

AT OR NEAR:

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **WESTLAND**

COUNTY OF **WAYNE** ... DID THE FOLLOWING

| Type | | MCL Cite/PACC Code/Ordinance | Description | Charge No. |
|---|---|---|---|---|
| ☐ CA ☒ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv ☐ Auth. pend. | **62-36** | **Disguise ID** | 1 |
| ☐ CA ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv ☐ Auth. pend. | **Warning** | **No Bike light** | 2 |
| ☐ CA ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv ☐ Auth. pend. | | | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.
Offense Code(s): 1  2  3

Key for Type: CA = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive  Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks: **St. Ofcl S-td for no bike light. He verbally identified himself as Jaclay Williams 6-7-87.**

Ticket: **105537**

CHECK IF APPROPRIATE: ☐ Damage to Property ☐ Vehicle Impounded ☐ Injury ☐ Traffic Crash ☐ Death
☐ Local Court Bond $___ ☐ License Posted in Lieu of Bond ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ☐ No ☐ None

SEE DATE BELOW. (SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS)
☒ Appearance Date: NO SOONER THAN 3 DAYS, OR LATER THAN 14 DAYS
☐ Hearing Date (FOR CA VIOLATIONS) ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify) ☐ Formal Hearing Required (Court will Notify)

In the **18TH DISTRICT** Court of **WESTLAND**
Court Address & Phone Number: **18th DISTRICT COURT, 36675 FORD ROAD, WESTLAND, MI 48185-2210  (734) 595-8720  FAX: (734) 595-0160**

I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable: [signature]  Month **10** Day **8** Year **05**

Officer's Name (printed): **Adams**  Officer's ID No.: **1475**

Agency ORI: **MI-8281700**  Agency Name: **WLPD**

WANTED

# WESTLAND POLICE DEPARTMENT
## RECEIVING / BOOKING FORM

| LAST NAME | FIRST | MIDDLE | COMPLAINT NUMBER |
|---|---|---|---|
| MCGRUDER | JANKAWA | EDWARD | 05-0034407 |

| ADDRESS | HOW LONG | HOME PHONE NUMBER |
|---|---|---|
| 2027 ACKLEY W/L | 6 MONTHS | 734 641-9789 |
|  |  | OTHER PHONE NUMBER |

| MAIDEN NAME / ALIASES | SOCIAL SECURITY NUMBER | TRANSFER STATUS |
|---|---|---|
|  | 375 94 7300 |  |
|  | M 263 354 188 427 |  |

| D.O.B. | AGE | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|
| 6-7-84 | 21 | M | B | 510 | 175 | BRO | BRO |

| WHERE ARRESTED | DATE | TIME | VEHICLE TOWED |
|---|---|---|---|
| N/W CORNER WOODCREST | 10-8-05 | 2330 | YES ☐ NO ☒ |

| CHARGE | ARRESTING OFFICER(S) |
|---|---|
| Disguise ID / GD WARRANT | DINSMORE 1188  ADAMS 1473 |

| MEDS / SPECIAL CARE | BREATH TEST | PHOTO TAKEN | PHONE CALL | WESTLAND BOND | HOLD | TOTAL BOND |
|---|---|---|---|---|---|---|
|  |  | Y | YES ☒ NO ☐ | 500 | YES ☒ NO ☐ | 0 |

| LIVE SCAN | CCH | DB | SIU | TRAF | COURT | CELL NO. | LOCK NO. | CELL NO. | LOCK NO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | A8 | 35 |

**Inmate Questionnaire**     Officer/Examiner Name _DINSMORE_

*Circle specific conditions (use back for additional remarks)*

| Question | Yes | No |
|---|---|---|
| Unconscious / incoherent? | ☐ | ☒ |
| Signs of trauma or illness requiring immediate doctor's care? | ☐ | ☒ |
| Swollen lymph nodes, jaundice, fever or other evidence of infection which might spread through the jail? | ☐ | ☒ |
| Poor skin condition, vermin, rashes, or needle marks? | ☐ | ☒ |
| Visible signs of alcohol / drug withdrawal? | ☐ | ☒ |
| Behavior suggests risk of suicide or assault? | ☐ | ☒ |
| Carrying medication or report being on medication | ☐ | ☒ |
| Under the influence of alcohol, barbituates, heroin or any other drugs? | ☐ | ☒ |

TOT BENCH CO HOLD

Use alcohol?  Yes ☐   No ☒         Use any drugs?  Yes ☐   No ☒

a) If yes, how often? _____        a) If yes, what types? _____
b) How much? _____                b) How much? _____
c) When were you drunk last? _____   c) When did you get high last? _____
d) When did you last drink? _____    d) When did you take drugs last? _____

Admits to the following: (Indicate by number and letter)

1. Over one year ago    H. Hospitalized
2. Within one year      M. Medications - Current
3. Present now

| | | |
|---|---|---|
| NO  Allergies | NO  Hepatitis | If female: |
| ___  Arthritis | ___  High Blood Pressure | Pregnant? ___ |
| ___  Asthma | ___  Physician Prescribed Diet | Delivered recently? ___ |
| ___  Delirium Tremens (DT's) | ___  Psychiatric Disorder | On birth control pills? ___ |
| ___  Dental Condition | ___  Tuberculosis | |
| 3    Diabetes | ___  Ulcers | |
| N2   Epilepsy | ___  Urinary Tract Problems | |
| ___  Fainting | ___  Venereal Disease (VD) (Which?) ___ | |
| ___  Heart Condition | ___  Other (Below) | |

**REMARKS**   (i.e. unusual behavior, special diets, deformities, etc.) ___

**DISPOSITION / REFERRAL TO**

Emergency Care:  810  423-3467
                  LINDSEY

**CORRECTIONS / MEDICAL TRANSFER INFO:**

| Date / Time | Facility | Contact Person | Phone / Fax No. |
|---|---|---|---|
| | | | |
| | | | |

**WARRANTS / HOLDS:**                **PERSONAL PROPERTY** (cash) $ ___

| Department | Warrants Info | Misd / Fel | Bond Amount | Confirmed |
|---|---|---|---|---|
| GENESEE CO | F/CC CLUDE | FEL | 0 | ✓ |
| * LIVONIA P.D. | | CALL OFC. MISSY LANGSTON | | ✓ |

PD580