```
AGENCY:    Update  View  Exit                          <<VIEW - Agency>>
VIEW inmate keep-aways
                    COMMITING AGENCY INFORMATION      10/26/2018   10:43:55
BOOKING #  509494   I.D #   116492    BOOKED DATE 10/11/2005  TIME 16:22
NAME (L) MCGRUDER          (F) JAAWKAWA     (M) EDWARD-JACLA   SUFFIX
-----------------------------------------------------------------------
COMMITING AGENCY 125    GENESEE CO. SHERIFF
COMMITMENT DETAILS
JURISDICTION 125    GENESEE CO. SHERIFF   LEVEL OF GOVERNMENT CNTY
FBI # 73594DC6      SID # 2348030A        BCI#           LOCAL ID
COMMENTS
-----------------------------------------------------------------------
ACCEPT DETAINEE   Y
   IF NO - REASON
ARREST DETAIL: OFFICER GIBBS, COOK                     CASE REPORT#
DATE 10/11/2005  TIME 1515      LOCATION WESTLAND POLICE DEPARTMENT
DATE OFFENSE COMMITTED

IMPOUNDED VEHICLE - LOCATION
ADDRESS


View Mode - Press return when finished viewing record
```