




Search [redacted] 1 6 47

[redacted]

**Omar Pouncy** is with Marquetta Shahid.
April 11, 2016 ·

#familymaters

147 · 12 Comments 1 Share

Share

**Lakisha Arnold** Ur mom look so beautiful nd young
2y · 2

**Marquetta Shahid** ThnkU Lakisha Arnold.......I'm trying

2
2y

Lonette Jackson replied · 3 Replies

**Larvon Mabry** Ok..Quetta you are looking quite young. What's that secret sauce? I love the pics with you and Omar Pouncy
1
2y

**Brandon Marshalonõ Marshall** What's good cuz
2y · 1

Brandon Marshalonõ Marshall replied · 4 Replies

**Trea Ford** I Asolutely love this Family thing · 1
2y

**Lorann Spicer** Quetta I didn't know that was your son
2y · 1

Marquetta Shahid replied · 1 Reply

**Shareka Badon** That's FAM all day 100% love y'all
2y · 1

**Michael Matthews** My cousins yeaaaaah! · 1
2y

Suggested Groups

**Paint Life Members**
885 members

**Potterheads For Life**
6,286 members

**Ibis bike owners**
1,518 members

English (US) · Español · Português (Brasil) · Français (Fra
Deutsch

Privacy · Terms · Advertising · Ad
Cookies · More
Facebook © 2018

Search

TaMara Crowder FOE ... Beautiful
1
2y

Lonette Jackson So happy to see those beautiful smiles together again. God Bless y'all.
2
2y

Tramell Warren Marquetta she use to do my hair heyyyyy yall
1
2y

Marquetta Shahid Hearts
2
2y




**Omar Pouncy**
April 11, 2016

8  1 Comment

Share

**Marquetta Shahid** Mean mugged
2y







**Omar Pouncy**
April 11, 2016

12  2 Comments
Share

**Marquetta Shahid** Say Cheddar cheese ..!!!!

2y

**Trea Ford** Beautiful picture  1
2y





