Search  1 6 47

 **Omar Pouncy**
April 5, 2016

Happy to Be home , Me and Cuz



17 2 Comments

Share

 **Angel Burgess-McGruder** Hope to see u soon love you Tasha Mac
2y

 **Angel Burgess-McGruder** Auk why you didn't come get me Dam Dam Dam love yall
2y

**Suggested Groups**


**Paint Life Members**
885 members


**Potterheads For Life** 🤓⚡
6,286 members


**Ibis bike owners**
1,518 members

English (US) · Español ·
Português (Brasil) · Français (Fra
Deutsch

Privacy · Terms · Advertising · A
Cookies · More
Facebook © 2018

Search