Genesee County Sheriff's Dept.
10/13/2005 9:26:08 AM



1



2



3

JJ
10/13/05
3:30/pm

PEOPLE'S EXHIBIT
8



4



5



6

PREPARED BY:   Dwyre, Dave            REQUESTED BY:                    AGENCY:

NOTES:

E Brady