UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

CARMEN D. PALMER,

    Respondent.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

_____/

**ORDER DENYING AS MOOT (1) PETITIONER'S MOTION FOR ACCESS TO COUNSEL BY TELEPHONE (ECF #205) AND (2) PETITIONER'S MOTION FOR IMMEDIATE CONSIDERATION (ECF #204)**

On November 29, 2015, Petitioner Omar Rashad Pouncy filed two motions: (1) a motion for access to his counsel by telephone and permission to conduct attorney-client conference calls and (2) a request for immediate consideration of his access motion. (*See* ECF ## 204, 205.) The Court held an on-the-record telephonic status conference with counsel for all parties on December 17, 2018, in order to resolve Pouncy's access issues. (*See* ECF #208.) During that call, the parties agreed that Pouncy would be allowed to participate in conference calls with his counsel. Since that time, the Attorney General has confirmed that Pouncy may participate in conference calls with his counsel of record. Accordingly, based on the parties' agreement that Pouncy may participate in conference calls with his counsel of

1

record, the Court **DENIES** without prejudice Pouncy's currently-pending motions (ECF ## 204 and 205) as moot.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: January 3, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 3, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764

2