# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

OMAR RASHAD POUNCY

               Petitioner,

   v.

CARMEN D. PALMER,

               Respondent.

Case No. 2:13-cv-14695

Hon. Matthew F. Leitman

## STATEMENT OF LATHAM & WATKINS LLP AND WARNER NORCROSS & JUDD LLP REGARDING SCOPE OF REPRESENTATION OF PETITIONER OMAR RASHAD POUNCY

Latham & Watkins LLP, by attorneys Daniel Meron and Timilin Sanders ("Latham"), and Warner Norcross + Judd LLP, by attorney Brian Lennon ("WNJ"), collectively counsel for Petitioner Omar Rashad Pouncy, respectfully state the following:

In light of recent disagreements with respect to the adjudication of Petitioner Omar Rashad Pouncy's claim before this Court, Petitioner and undersigned counsel from Latham and WNJ have developed an unresolvable difference of opinion regarding the course of action for Petitioner's actual innocence claim. After speaking with counsel, Mr. Pouncy determined that it is in his best interests that the litigation of the actual innocence claim be completed without the involvement of

undersigned counsel but that he continue to retain undersigned counsel, among others, for the separate and limited purpose of litigating his constitutional claims for habeas relief.

Accordingly, under terms of representation agreed to by Mr. Pouncy, Latham and WNJ were not involved in the preparation or filing of the reply brief filed on behalf of Petitioner by David L. Moffitt and/or any other signing attorneys on February 5, 2019 relating to Pouncy's *Schlup* claim, due to irreconcilable disagreements (as understood by undersigned counsel through conversations with Mr. Pouncy).  In the interest of avoiding undue prejudice to Mr. Pouncy, undersigned counsel have agreed to continue representing Mr. Pouncy for the limited purposes of any further briefing and argument relating to the adjudication of the constitutional claims for relief detailed in his Petition for Writ of Habeas Corpus and related filings, including the filing of Pouncy's Post Hearing Reply Brief relating to the *Brady* claim, which is being filed contemporaneously with this Statement.  *See* Mich. R. Prof. Conduct 1.2 & Comments (the scope of a representation may be limited "if the limitation is reasonable under the circumstances and the client gives informed consent, preferably in writing").

**DATED:** February 5, 2019

/s/  Brian P. Lennon

Brian P. Lennon
*Attorney for Petitioner*
Warner Norcross & Judd LLP
111 Lyon St., N.W.
Grand Rapids, MI 49503
Telephone: (616) 752-2089
Fax: (616) 222-2089
E-mail: brian.lennon@lw.com

**DATED:** February 5, 2019

/s/  Daniel Meron

Daniel Meron
*Attorney for Petitioner*
Latham & Watkins LLP
555 11th St. NW
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
E-mail: daniel.meron@lw.com

/s/  Timilin Sanders

Timilin Sanders
*Attorney for Petitioner*
Latham & Watkins LLP
555 11th St. NW
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
E-mail: timilin.sanders@lw.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

OMAR RASHAD POUNCY

               Petitioner,

   v.

CARMEN D. PALMER,

             Respondent.

Case No. 2:13-cv-14695

Hon. Matthew F. Leitman

## ACKNOWLEDGEMENT OF OMAR RASHAD POUNCY

I, Omar Rashad Pouncy, have read the foregoing Statement of Latham & Watkins LLP and Warner Norcross & Judd LLP Regarding Scope of Representation of Petitioner Omar Rashad Pouncy ("the Statement") and have had the opportunity to consult with other counsel about it. The Statement is accurate and, for the avoidance of doubt, accurately reflects the scope of representation agreed to by me, Latham & Watkins LLP, and Warner Norcross & Judd LLP. Petitioner expressly consents to the filing of the Statement with this Court.

**DATED:** February _4th OPP_, 2019


Omar Rashad Pouncy
*Petitioner*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2019, I electronically filed this Statement of Latham & Watkins LLP and Warner Norcross & Judd LLP Regarding Scope of Representation of Petitioner Omar Rashad Pouncy and accompanying Acknowledgement of Omar Rashad Pouncy with Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.


<u>/s/  Daniel Meron</u>

Daniel Meron
*Attorney for Petitioner*
Latham & Watkins LLP
555 11th St. NW
Washington, D.C. 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
E-mail: daniel.meron@lw.com