UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

       Petitioner,                          Case No. 13-cv-14695
                                                  Hon. Matthew F. Leitman

v.

CARMEN D. PALMER,

       Respondent.
_____/

## STIPULATED ORDER TO WITHDRAW

Undersigned counsel stipulate that the appearance of Mary Chartier, one of the attorneys for Omar Pouncy, be withdrawn.

**IT IS SO ORDERED**.

                                       /s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: March 15, 2019

Stipulated to by:

| /s/JOHN PALLAS | /s/MARY CHARTIER |
|---|---|
| John Pallas | Mary Chartier |
| Assistant Attorney General | Chartier & Nyamfukudza, P.L.C. |
| 525 W. Ottawa Street | 1905 Abbot Road, Suite 1 |
| Lansing, MI 48909 | East Lansing, MI 48823 |
| 517.335.7650 | 517.885.3305 |
| pallasj@michigan.gov | mary@cndefenders.com |
| | |
| Dated: 03/15/2019 | Dated: 03/15/2019 |