UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

      Petitioner,
                                            Case No. 13-cv-14695
                                            Hon. Matthew F. Leitman
v.

CARMEN D. PALMER,

      Respondent.
_____/

## **ORDER DESIGNATING LEAD COUNSEL**

For the reasons discussed on the record during the March 18, 2019, Status Conference, IT IS HEREBY ORDERED THAT:

1. Harold Gurewitz is designated as lead counsel for Petitioner with respect to actual innocence issues. With respect to those issues, Mr. Gurewitz is the only attorney who, on behalf of Petitioner, may communicate with counsel for Respondent and may file papers with the Court.

2. David Moffitt is designated as lead counsel for Petitioner with respect to issues concerning communication between Petitioner and his counsel and any claims that the Michigan Department of Corrections is improperly interfering with those communications. With respect to those issues, Mr. Moffitt is the only attorney who, on behalf of Petitioner, may communicate with counsel for Respondent and may file papers with the Court.

1

3. Daniel Meron is designated as lead counsel for Petitioner with respect to all other issues and claims in this action. With respect to all issues and claims not identified above (in paragraphs 1 & 2), Mr. Meron is the only attorney who, on behalf of Petitioner, may communicate with counsel for Respondent and may file papers with the Court.

**IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: April 4, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 4, 2019, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                               Case Manager
                                               (810) 341-9764