UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

No. 13-cv-14695

v.

HON. MATTHEW F. LEITMAN

CARMEN D. PALMER,

    Respondent.

_____/

# EXHIBIT 1

Text Messages between Omar Pouncy and Jaawkawa McGruder



# Extraction Report
Cellebrite Reports

## SMS Messages (139)

| # | Folder | Party | Time | All timestamps | SMSC | Status | Message | Deleted |
|---|--------|-------|------|----------------|------|--------|---------|---------|
| 1 | Sent | To +12485716674 Direction: Outgoing | - | | | Sent | %_____%___+_ _____ _____ _____h+1269277 8297__cZ��_cZ�H�Ok+140547 20057� Source Extraction: Physical | Yes |
| 2 | Sent | To +12485716674 Direction: Outgoing | 4/2/2018 1:19:04 AM(UTC-4) | | | Sent | Hit me back asap $$$$ Source Extraction: Physical | |
| 3 | Inbox | From +12485716674 Direction: Incoming | 4/2/2018 3:14:14 PM(UTC-4) | Network: 4/2/2018 3:14:13 PM(UTC-4) | +14054720057 | Read | Who is this Source Extraction: Physical | |
| 4 | Sent | To +12485716674 Direction: Outgoing | 4/2/2018 3:16:13 PM(UTC-4) | | | Sent | Ur cuz nigga call me asap Source Extraction: Physical | |
| 5 | Inbox | From +12485716674 Direction: Incoming | 4/2/2018 3:45:11 PM(UTC-4) | Network: 4/2/2018 3:45:11 PM(UTC-4) | +14054720057 | Read | What's the deal Source Extraction: Physical | |
| 6 | Sent | To +12485716674 Direction: Outgoing | 4/2/2018 4:17:32 PM(UTC-4) | | | Sent | Cuz if i take care of my part do I have ur guarantee? Source Extraction: Physical | |
| 7 | Sent | To +12485716674 Direction: Outgoing | 4/2/2018 4:34:50 PM(UTC-4) | | | Sent | U ready Source Extraction: Physical | |
| 8 | Inbox | From +12485716674 Direction: Incoming | 4/2/2018 4:58:13 PM(UTC-4) | Network: 4/2/2018 4:58:13 PM(UTC-4) | +14054720057 | Read | Give me Few more mins,  I'll text when ready Source Extraction: Physical | |
| 9 | Sent | To +12485716674 Direction: Outgoing | 4/2/2018 5:27:46 PM(UTC-4) | | | Sent | Alrite bet Source Extraction: Physical | |
| 10 | Inbox | From +12485716674 Direction: Incoming | 4/2/2018 6:32:36 PM(UTC-4) | Network: 4/2/2018 6:32:35 PM(UTC-4) | +14054720057 | Read | Almost home Source Extraction: Physical | |
| 11 | Inbox | From +12485716674 Direction: Incoming | 4/2/2018 6:40:32 PM(UTC-4) | Network: 4/2/2018 6:40:31 PM(UTC-4) | +14054720057 | Read | What's good Source Extraction: Physical | |
| 12 | Sent | To +12485716674 Direction: Outgoing | 4/3/2018 3:49:45 PM(UTC-4) | | | Sent | Cuz u busy Source Extraction: Physical | |
| 13 | Inbox | From +12485716674 Direction: Incoming | 4/3/2018 6:53:04 PM(UTC-4) | Network: 4/3/2018 6:53:03 PM(UTC-4) | +14054720057 | Read | Hit me me I was At work 1st time 2nd I was Driving Source Extraction: Physical | |
| 14 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 12:23:35 AM(UTC-4) | Network: 4/4/2018 12:23:35 AM(UTC-4) | +14054720057 | Read | What's good,  Didn't see you called Source Extraction: Physical | |
| 15 | Sent | To +12485716674 Extraction: Outgoing | 4/4/2018 12:24:07 AM(UTC-4) | | | Sent | U available Source Extraction: Physical | |
| 16 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:02:45 AM(UTC-4) | Network: 4/4/2018 2:02:46 AM(UTC-4) | +14054720057 | Read | Sleep I get up at 3am for work Source Extraction: Physical | |
| 17 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:02:51 AM(UTC-4) | Network: 4/4/2018 2:02:52 AM(UTC-4) | +14054720057 | Read | What's The Deal, Source Extraction: Physical | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:03:50 AM(UTC-4) | Network: 4/4/2018 2:03:49 AM(UTC-4) | +14054720057 | Read | Go over All the Paperwork only need to know what kind gun, And Cars Source Extraction: Physical | |
| 19 | Sent | To +12485716674 Direction: Outgoing | 4/4/2018 2:04:14 AM(UTC-4) | | | Sent | Bout 2 call Source Extraction: Physical | |
| 20 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:04:51 AM(UTC-4) | Network: 4/4/2018 2:04:50 AM(UTC-4) | +14054720057 | Read | Just come threw in time so U can Go over All the Paperwork only need to know what kind gun, And Cars Source Extraction: Physical | |
| 21 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:05:10 AM(UTC-4) | Network: 4/4/2018 2:05:04 AM(UTC-4) | +14054720057 | Read | Witch I see cars in some paper work Source Extraction: Physical | |
| 22 | Sent | To +12485716674 Direction: Outgoing | 4/4/2018 2:06:53 AM(UTC-4) | | | Sent | The checks should be cleared 2morrow no later than Friday. We need 2 chop it up tho Source Extraction: Physical | |
| 23 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:18:34 AM(UTC-4) | Network: 4/4/2018 2:18:28 AM(UTC-4) | +14054720057 | Read | My phn tripping try call now Source Extraction: Physical | |
| 24 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:18:36 AM(UTC-4) | Network: 4/4/2018 2:18:28 AM(UTC-4) | +14054720057 | Read | I really Don't Like Talkin around my Girl About this Shit, She Ask To much Source Extraction: Physical | |
| 25 | Sent | To +12485716674 Direction: Outgoing | 4/4/2018 2:19:18 AM(UTC-4) | | | Sent | Ok. Let me know a good time to call Source Extraction: Physical | |
| 26 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:20:18 AM(UTC-4) | Network: 4/4/2018 2:20:18 AM(UTC-4) | +14054720057 | Read | Anytime 5pm 10pm your time Source Extraction: Physical | |
| 27 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 2:20:48 AM(UTC-4) | Network: 4/4/2018 2:20:47 AM(UTC-4) | +14054720057 | Read | O get off work my time 2pm witch is 5 there Source Extraction: Physical | |
| 28 | Sent | To +12485716674 Direction: Outgoing | 4/4/2018 2:26:10 AM(UTC-4) | | | Sent | I'll hit u @ 10 tomorrow. But if that cash clear lil cuz will PayPal u before then Source Extraction: Physical | |
| 29 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 3:03:22 AM(UTC-4) | Network: 4/4/2018 3:03:21 AM(UTC-4) | +14054720057 | Read | No PayPal, shit take too long Source Extraction: Physical | |
| 30 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 3:03:39 AM(UTC-4) | Network: 4/4/2018 3:03:40 AM(UTC-4) | +14054720057 | Read | Walmart to Walmart Source Extraction: Physical | |
| 31 | Sent | To +12485716674 Direction: Outgoing | 4/4/2018 3:04:05 AM(UTC-4) | | | Sent | Alrite tell lil cuz Source Extraction: Physical | |
| 32 | Sent | To +12485716674 Direction: Outgoing | 4/4/2018 10:18:31 PM(UTC-4) | | | Sent | Cuzo Source Extraction: Physical | |
| 33 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 10:21:11 PM(UTC-4) | Network: 4/4/2018 10:21:12 PM(UTC-4) | +14054720057 | Read | Out in traffic Source Extraction: Physical | |
| 34 | Inbox | From +12485716674 Direction: Incoming | 4/4/2018 10:21:46 PM(UTC-4) | Network: 4/4/2018 10:21:47 PM(UTC-4) | +14054720057 | Read | Everything everything, Will Be going over this Paper work soon I get Home, Source Extraction: Physical | |
| 35 | Sent | To +12485716674 Direction: Outgoing | 4/4/2018 10:22:10 PM(UTC-4) | | | Sent | Bet Source Extraction: Physical | |
| 36 | Sent | To +12485716674 Direction: Outgoing | 4/5/2018 12:27:51 AM(UTC-4) | | | Sent | Cuz wat time Source Extraction: Physical | |
| 37 | Sent | To +12485716674 Direction: Outgoing | 4/5/2018 1:43:23 AM(UTC-4) | | | Sent | The signal in this bitch fucked up. I love u cuz I'll hit u 2morrow Source Extraction: Physical | |
| 38 | Inbox | From +12485716674 Direction: Incoming | 4/5/2018 1:45:45 AM(UTC-4) | Network: 4/5/2018 1:45:45 AM(UTC-4) | +14054720057 | Read | Yup, love u2 nigga Source Extraction: Physical | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39 | Outgoing | To +12485716674  Direction: Outgoing | 4/7/2018 12:34:44 AM(UTC-4) | | | Unsent | Source Extraction: Physical | |
| 40 | Inbox | From +12485716674  Direction: Incoming | 4/7/2018 10:41:56 AM(UTC-4) | Network: 4/7/2018 10:41:56 AM(UTC-4) | +14054720057 | Read | Call me like 530  Source Extraction: Physical | |
| 41 | Inbox | From +12485716674  Direction: Incoming | 4/7/2018 10:41:58 AM(UTC-4) | Network: 4/7/2018 10:41:57 AM(UTC-4) | +14054720057 | Read | Call me like 530  Source Extraction: Physical | |
| 42 | Inbox | From +12485716674  Direction: Incoming | 4/7/2018 10:41:59 AM(UTC-4) | Network: 4/7/2018 10:41:59 AM(UTC-4) | +14054720057 | Read | Call me like 530  Source Extraction: Physical | |
| 43 | Inbox | From +12485716674  Direction: Incoming | 4/7/2018 10:42:00 AM(UTC-4) | Network: 4/7/2018 10:42:00 AM(UTC-4) | +14054720057 | Read | Call me like 530  Source Extraction: Physical | |
| 44 | Sent | To +12485716674  Direction: Outgoing | 4/7/2018 10:47:23 AM(UTC-4) | | | Sent | Alrite cuz. Dont let them know we're talkn  Source Extraction: Physical | |
| 45 | Sent | To +12485716674  Direction: Outgoing | 4/7/2018 10:47:38 AM(UTC-4) | | | Sent | To each other  Source Extraction: Physical | |
| 46 | Inbox | From +12485716674  Direction: Incoming | 4/7/2018 10:57:15 AM(UTC-4) | Network: 4/7/2018 10:56:14 AM(UTC-4) | +14054720057 | Read | I know  Source Extraction: Physical | |
| 47 | Inbox | From +12485716674  Direction: Incoming | 4/7/2018 10:57:22 AM(UTC-4) | Network: 4/7/2018 10:57:23 AM(UTC-4) | +14054720057 | Read | I know  Source Extraction: Physical | |
| 48 | Sent | To +12485716674  Direction: Outgoing | 4/7/2018 10:57:44 AM(UTC-4) | | | Sent | Ok  Source Extraction: Physical | |
| 49 | Sent | To +12485716674  Direction: Outgoing | 4/7/2018 10:58:39 AM(UTC-4) | | | Sent | This shit lookn good tho. Im moving how u move (low key) wen i get out  Source Extraction: Physical | |
| 50 | Inbox | From +12485716674  Direction: Incoming | 4/7/2018 11:00:23 AM(UTC-4) | Network: 4/7/2018 11:00:23 AM(UTC-4) | +14054720057 | Read | Only way,  Source Extraction: Physical | |
| 51 | Sent | To +12485716674  Direction: Outgoing | 4/7/2018 11:01:39 AM(UTC-4) | | | Sent | I know. I've evolved So much  Source Extraction: Physical | |
| 52 | Sent | To +12485716674  Direction: Outgoing | 4/7/2018 5:46:22 PM(UTC-4) | | | Sent | Cuzo  Source Extraction: Physical | |
| 53 | Inbox | From +12485716674  Direction: Incoming | 4/7/2018 7:08:04 PM(UTC-4) | Network: 4/7/2018 7:08:04 PM(UTC-4) | +14054720057 | Read | Call  Source Extraction: Physical | |
| 54 | Sent | To +12485716674  Direction: Outgoing | 4/8/2018 1:10:45 AM(UTC-4) | | | Sent | Cuzo  Source Extraction: Physical | |
| 55 | Inbox | From +12485716674  Direction: Incoming | 4/8/2018 2:28:08 PM(UTC-4) | Network: 4/8/2018 2:28:08 PM(UTC-4) | +14054720057 | Read | What's Good,  Source Extraction: Physical | |
| 56 | Sent | To +12485716674  Direction: Outgoing | 4/9/2018 12:35:23 AM(UTC-4) | | | Sent | Cuzo u tied up  Source Extraction: Physical | |
| 57 | Sent | To +12485716674  Direction: Outgoing | 4/9/2018 12:35:23 AM(UTC-4) | | | Sent | Wats up with truck driving????  Source Extraction: Physical | |
| 58 | Inbox | From +12485716674  Direction: Incoming | 4/9/2018 2:58:32 AM(UTC-4) | Network: 4/9/2018 2:58:31 AM(UTC-4) | +14054720057 | Read | I was with lawyers, And Fuck truck driving, I'm not Empty minded nigga chasing another mufuckas dreams, I goty Own Billion dollar path,  Source Extraction: Physical | |
| 59 | Sent | To +12485716674  Direction: Outgoing | 4/9/2018 2:59:35 AM(UTC-4) | | | Sent | We can own our own trucks and have others drive  Source Extraction: Physical | |

| # | Type | From/To | Timestamp | Network | Number | Status | Message |
|---|---|---|---|---|---|---|---|
| 60 | Inbox | From +12485716674 Direction: Incoming | 4/9/2018 3:01:48 AM(UTC-4) | Network: 4/9/2018 3:01:47 AM(UTC-4) | +14054720057 | Read | Telling Unc Bes regarding shit loads of contracts And Ls Source Extraction: Physical |
| 61 | Sent | To +12485716674 Direction: Outgoing | 4/9/2018 3:02:30 AM(UTC-4) | | | Sent | Wats the best investments (legit) now Source Extraction: Physical |
| 62 | Inbox | From +12485716674 Direction: Incoming | 4/9/2018 3:43:47 AM(UTC-4) | Network: 4/9/2018 3:43:47 AM(UTC-4) | +14054720057 | Read | good I don't Need To Dream Search, I have A Billion dollar plan, Flat out Source Extraction: Physical |
| 63 | Inbox | From +12485716674 Direction: Incoming | 4/9/2018 3:43:49 AM(UTC-4) | Network: 4/9/2018 3:43:48 AM(UTC-4) | +14054720057 | Read | You will see what the West Cost Can Do For A nigga Source Extraction: Physical |
| 64 | Inbox | From +12485716674 Direction: Incoming | 4/9/2018 3:43:50 AM(UTC-4) | Network: 4/9/2018 3:43:50 AM(UTC-4) | +14054720057 | Read | We talk tomorrow Source Extraction: Physical |
| 65 | Sent | To +12485716674 Direction: Outgoing | 4/9/2018 4:46:09 PM(UTC-4) | | | Sent | Cuz I talked 2 the lawyers they said "you would make a great witness." Source Extraction: Physical |
| 66 | Sent | To +12485716674 Direction: Outgoing | 4/9/2018 5:03:17 PM(UTC-4) | | | Sent | Can u contact them and tell them if they can try to have u testify this month someyimes bcuz you may b tied up next month. They tryn 2 set the date 4 May 22nd. I know we both tryn 2 resolve this sooner than later. Cuz thanks too, i know u got ur own way 2 get them m's but i swear we going 2 get them m's off of this. But yeah tell them u and your girl r going on a trip next month for the last two weeks and you're ready 2 get this over with and behind u. Ask them if they can make arrangements for this month sometime. Source Extraction: Physical |
| 67 | Inbox | From +12485716674 Direction: Incoming | 4/9/2018 6:07:15 PM(UTC-4) | Network: 4/9/2018 6:07:15 PM(UTC-4) | +14054720057 | Read | Already Tried, They Gone Push Date Back Or Video, Source Extraction: Physical |
| 68 | Sent | To +12485716674 Direction: Outgoing | 4/9/2018 6:07:31 PM(UTC-4) | | | Sent | Ok Source Extraction: Physical |
| 69 | Inbox | From +12485716674 Direction: Incoming | 4/9/2018 6:07:37 PM(UTC-4) | Network: 4/9/2018 6:07:38 PM(UTC-4) | +14054720057 | Read | And I can't Fly now where June or July Source Extraction: Physical |
| 70 | Sent | To +12485716674 Direction: Outgoing | 4/9/2018 6:08:15 PM(UTC-4) | | | Sent | So we stick 2 May. Damn im ready 2 go Source Extraction: Physical |
| 71 | Sent | To +12485716674 Direction: Outgoing | 4/9/2018 6:12:09 PM(UTC-4) | | | Sent | Wat u think Source Extraction: Physical |
| 72 | Inbox | From +12485716674 Direction: Incoming | 4/9/2018 6:24:06 PM(UTC-4) | Network: 4/9/2018 6:24:06 PM(UTC-4) | +14054720057 | Read | Yea, Just Stay low. And Stop fucking With Bitches, Like 100, A Hoe Shoukd Be Last on your mind , and Marriage and all that dumb shit Source Extraction: Physical |
| 73 | Sent | To +12485716674 Direction: Outgoing | 4/9/2018 6:24:39 PM(UTC-4) | | | Sent | Yea i feel u cuz. I must listen this time Source Extraction: Physical |
| 74 | Sent | To +12485716674 Direction: Outgoing | 4/10/2018 10:20:38 AM(UTC-4) | | | Sent | Cuzo wat time can u talk Source Extraction: Physical |
| 75 | Sent | To +12485716674 Direction: Outgoing | 4/11/2018 12:45:12 AM(UTC-4) | | | Sent | Cuz u good Source Extraction: Physical |
| 76 | Inbox | From +12485716674 Direction: Incoming | 5/13/2018 2:31:41 PM(UTC-4) | Network: 5/13/2018 2:31:23 PM(UTC-4) | +14044550060 | Read | You too much of a Risk for me cuz Either have rest of money to me before I fly out, Or I'm Not flying out, You risk your own life and them Niggas around you for what? IDK but I'm not openly letting you play with mine, Source Extraction: Physical |
| 77 | Inbox | From +12485716674 Direction: Incoming | 5/13/2018 2:34:20 PM(UTC-4) | Network: 5/13/2018 2:34:11 PM(UTC-4) | +14044550012 | Read | and Talk to cuz He Said you got it when You saying he got it. Source Extraction: Physical |

4

| # | Folder | From/To | Timestamp | Network Time | Number | Status | Message |
|---|---|---|---|---|---|---|---|
| 78 | Inbox | From +12485716674  Direction: Incoming | 5/13/2018 2:34:28 PM(UTC-4) | Network: 5/13/2018 2:34:20 PM(UTC-4) | +14044550012 | Read | Out I-Will Flip the whole damn scrip, if I walk out that place and my shot ain't where it pose to be.  Source Extraction: Physical |
| 79 | Inbox | From +12485716674  Direction: Incoming | 5/13/2018 2:34:37 PM(UTC-4) | Network: 5/13/2018 2:34:29 PM(UTC-4) | +14044550012 | Read | But To Get Rid of that Thought, Have It Sent On 19th no later and my Flight leave the 20th  Source Extraction: Physical |
| 80 | Inbox | From +12485716674  Direction: Incoming | 5/13/2018 2:34:46 PM(UTC-4) | Network: 5/13/2018 2:34:38 PM(UTC-4) | +14044550012 | Read | No 19th, no 20th  Source Extraction: Physical |
| 81 | Sent | To +12485716674  Direction: Outgoing | 5/13/2018 3:16:17 PM(UTC-4) | | | Sent | If u reneging just give me that 5k i already gave u. Nigga u playn it foul. U doing wat u do aint got shit 2 wit wat I'm doing i aint give u 5k for no reason. We need 2 stick 2 the plan lil cuz going 2 showu the $ the day of court and smash it on u rite wen u get off the stand. Nigga I'm not giving up no 10k for nothing. I hope u aint on no hoe shit. We doing business i aint gettn extorted. At the end of the day I'm coming home regardless I'm just tryn 2 set this shit up 4 my lawsuit. But if u reneging just let me know so i can email my attorneys asap so i can get a closer date and so they won't have 2 pay for that flight  Source Extraction: Physical |
| 82 | Sent | To +12485716674  Direction: Outgoing | 5/13/2018 3:24:27 PM(UTC-4) | | | Sent | I'll have the money given 2 u at the court house I'm not comin off no more money b4 then  Source Extraction: Physical |
| 83 | Sent | To +12485716674  Direction: Outgoing | 5/13/2018 3:25:42 PM(UTC-4) | | | Sent | Or I'll have it sent to a lawyer down there with the agreement dat they dont turn it over til i confirm u testified  Source Extraction: Physical |
| 84 | Sent | To +12485716674  Direction: Outgoing | 5/13/2018 3:27:30 PM(UTC-4) | | | Sent | And i gave u that 5k as a down payment 4 testifying u talkn 2 my lawyers aint goin 2 get me home t-ahk testifying 4 free. I'll give the $ 2 him 2 give 2 u or 2 auntie angel  Source Extraction: Physical |
| 85 | Sent | To +12485716674  Direction: Outgoing | 5/13/2018 3:29:46 PM(UTC-4) | | | Sent | Now u dont want 2 answer just send me my 5k back asap. I hope we dont fall out over u gettn on no hoe shit. Business is handle with niggas stickn 2 the plan i can kill myself 2day nigga u still obligated 2 stick 2 the plan I KNEW U WAS GOING 2 GET ON SUM THIRSTY SHIT LIKE THIS.  Source Extraction: Physical |
| 86 | Inbox | From +12485716674  Direction: Incoming | 5/20/2018 12:59:35 AM(UTC-4) | Network: 5/20/2018 12:59:34 AM(UTC-4) | +14054720057 | Read | Holiday Inn Flint - Grand Blanc Area  5353 Gateway Centre Flint, MI  Source Extraction: Physical |
| 87 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 1:45:19 PM(UTC-4) | Network: 5/21/2018 1:45:12 PM(UTC-4) | +14044550056 | Read | You stupid  Source Extraction: Physical |
| 88 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 1:45:57 PM(UTC-4) | | | Sent | How  Source Extraction: Physical |
| 89 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 1:46:52 PM(UTC-4) | Network: 5/21/2018 1:46:45 PM(UTC-4) | +14044550012 | Read | You stupid  Source Extraction: Physical |
| 90 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 1:47:02 PM(UTC-4) | Network: 5/21/2018 1:46:54 PM(UTC-4) | +14044550012 | Read | That Email you Sent Me To Send to Them About the Gun,  They Know You Sent It,  Source Extraction: Physical |
| 91 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 1:47:17 PM(UTC-4) | | | Sent | Dead that shit  Source Extraction: Physical |
| 92 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 4:04:35 PM(UTC-4) | | | Sent | The gun shit was me doing a lil overreacting but we still good  Source Extraction: Physical |
| 93 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:04:46 PM(UTC-4) | Network: 5/21/2018 4:04:21 PM(UTC-4) | +14054720057 | Read | The Had Some One read It,  He Said I write like his Mom With Bullet points,  See How I Cap my Shit,  Source Extraction: Physical |
| 94 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:04:55 PM(UTC-4) | Network: 5/21/2018 4:04:22 PM(UTC-4) | +14054720057 | Read | So Now They Feel like You Coaching  me,  And Once they Check your FB and See you Got A Lead Out,  You FUCKKKKKJ  Source Extraction: Physical |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 95 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:05:04 PM(UTC-4) | Network: 5/21/2018 4:04:23 PM(UTC-4) | +140547200 57 | Read | If No Fan Me, YOU FUCKED  Source Extraction: Physical | |
| 96 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:05:10 PM(UTC-4) | Network: 5/21/2018 4:04:24 PM(UTC-4) | +140547200 57 | Read | THEY giving Me A Break To Go Back And Go over things,  Source Extraction: Physical | |
| 97 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:05:17 PM(UTC-4) | Network: 5/21/2018 4:04:24 PM(UTC-4) | +140547200 57 | Read | Man This Shot Just Got More Stressful,  And I knew it would If You ask Keep trying to play director  Source Extraction: Physical | |
| 98 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:05:23 PM(UTC-4) | Network: 5/21/2018 4:04:25 PM(UTC-4) | +140547200 57 | Read | I'm ready To Wash My Hands With This Shot,  Cuz You Just Made It So I Can Be Charged With This Shot,  You Up'd  my risk,  Trying to delegate shit,  Source Extraction: Physical | |
| 99 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:05:30 PM(UTC-4) | Network: 5/21/2018 4:04:27 PM(UTC-4) | +140547200 57 | Read | We need to talk about all this Shit set by set on what happen,  shit they asking I don't know  Source Extraction: Physical | |
| 100 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:05:48 PM(UTC-4) | Network: 5/21/2018 4:04:34 PM(UTC-4) | +140547200 57 | Read | Cuz  Source Extraction: Physical | |
| 101 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:06:00 PM(UTC-4) | Network: 5/21/2018 4:05:31 PM(UTC-4) | +140547200 57 | Read | We need talk  Source Extraction: Physical | |
| 102 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:06:06 PM(UTC-4) | Network: 5/21/2018 4:05:36 PM(UTC-4) | +140547200 57 | Read | Now  Source Extraction: Physical | |
| 103 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:06:21 PM(UTC-4) | Network: 5/21/2018 4:06:21 PM(UTC-4) | +140547200 57 | Read | Shit I don't know and remember  Source Extraction: Physical | |
| 104 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:07:43 PM(UTC-4) | Network: 5/21/2018 4:07:43 PM(UTC-4) | +140547200 57 | Read | I'm bout to go Bk in  Source Extraction: Physical | |
| 105 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 4:07:59 PM(UTC-4) | | | Sent | Huh  Source Extraction: Physical | |
| 106 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 4:08:10 PM(UTC-4) | | | Sent | When can u talk  Source Extraction: Physical | |
| 107 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 4:08:28 PM(UTC-4) | Network: 5/21/2018 4:08:28 PM(UTC-4) | +140547200 57 | Read | Now  Source Extraction: Physical | |
| 108 | Drafts | To +12485716674  Direction: Outgoing | 5/21/2018 4:08:55 PM(UTC-4) | | | Unsent | They r just prepin  Source Extraction: Physical | Yes |
| 109 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 4:09:20 PM(UTC-4) | | | Sent | They r just preping u for cross examination  Source Extraction: Physical | |
| 110 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 4:09:27 PM(UTC-4) | | | Sent | I just called u  Source Extraction: Physical | |
| 111 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 4:09:51 PM(UTC-4) | | | Sent | Call me asap i only have like 7 minutes b4  Source Extraction: Physical | |
| 112 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 11:06:47 PM(UTC-4) | Network: 5/21/2018 11:06:46 PM(UTC-4) | +140547200 57 | Read | Call me asap  Source Extraction: Physical | |
| 113 | Inbox | From +12485716674  Direction: Incoming | 5/21/2018 11:06:51 PM(UTC-4) | Network: 5/21/2018 11:06:47 PM(UTC-4) | +140547200 57 | Read | Went can  Source Extraction: Physical | |
| 114 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 11:12:05 PM(UTC-4) | | | Sent | I just called  Source Extraction: Physical | |
| 115 | Sent | To +12485716674  Direction: Outgoing | 5/21/2018 11:12:25 PM(UTC-4) | | | Sent | Wat time cuz  Source Extraction: Physical | |

| # | | From/To | Timestamp | Network | Number | Status | Message |
|---|---|---|---|---|---|---|---|
| 116 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 6:16:09 AM(UTC-4) | Network: 5/22/2018 6:15:47 AM(UTC-4) | +14054720057 | Read | *(truncated)*  Source Extraction: Physical |
| 117 | Sent | To +12485716674  Direction: Outgoing | 5/22/2018 6:17:37 AM(UTC-4) | | | Sent | It was going straight 2 voicemail i had like 3 ppl call u guess phone was dead  Source Extraction: Physical |
| 118 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 6:21:40 AM(UTC-4) | Network: 5/22/2018 6:21:39 AM(UTC-4) | +14054720057 | Read | Yes call me like 8am refresh of everything  Source Extraction: Physical |
| 119 | Sent | To +12485716674  Direction: Outgoing | 5/22/2018 6:22:20 AM(UTC-4) | | | Sent | If i can these co's lurkn ill call at 635  Source Extraction: Physical |
| 120 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 6:23:11 AM(UTC-4) | Network: 5/22/2018 6:23:11 AM(UTC-4) | +14054720057 | Read | I'm in bed I'll be up 740  Source Extraction: Physical |
| 121 | Sent | To +12485716674  Direction: Outgoing | 5/22/2018 6:24:51 AM(UTC-4) | | | Sent | It depends how thess 1st shift co's moving its still 3rd shift now until 7 so b4 then will b best. Cuz we got this. I need u bad at  Source Extraction: Physical |
| 122 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 6:26:04 AM(UTC-4) | Network: 5/22/2018 6:26:04 AM(UTC-4) | +14054720057 | Read | Endia gone be here on time right  Source Extraction: Physical |
| 123 | Sent | To +12485716674  Direction: Outgoing | 5/22/2018 6:26:26 AM(UTC-4) | | | Sent | Yes she got u.  Source Extraction: Physical |
| 124 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 6:33:09 AM(UTC-4) | Network: 5/22/2018 6:33:10 AM(UTC-4) | +14054720057 | Read | I hope so I got more shit to clear up here  Source Extraction: Physical |
| 125 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 6:33:38 AM(UTC-4) | Network: 5/22/2018 6:33:38 AM(UTC-4) | +14054720057 | Read | I could get arrested, I need money asap  Source Extraction: Physical |
| 126 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 6:33:50 AM(UTC-4) | Network: 5/22/2018 6:33:51 AM(UTC-4) | +14054720057 | Read | It court  Source Extraction: Physical |
| 127 | Sent | To +12485716674  Direction: Outgoing | 5/22/2018 6:36:41 AM(UTC-4) | | | Sent | The Attorney General's office GUARANTEED the Federal judge that they will NOT arrest u. So India will b their and have the $ ass soon as u get done testifying. Cuz we sticking 2 da stricpt or wat  Source Extraction: Physical |
| 128 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 6:37:56 AM(UTC-4) | Network: 5/22/2018 6:37:56 AM(UTC-4) | +14054720057 | Read | I hope so  Source Extraction: Physical |
| 129 | Sent | To +12485716674  Direction: Outgoing | 5/22/2018 6:55:00 AM(UTC-4) | | | Sent | Yeah the 1st carjacking happened in Burton it involved the Green older Monte Carlo. You test drove tge car two different times with 2 differnt guys and the 2nd time u carjacked him at gun point. They only saw u but Wayne and Tahk was in the car waitn on u  Source Extraction: Physical |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 130 | Sent | To<br>+12485716674<br>Direction:<br>Outgoing | 5/22/2018<br>7:18:53 AM(UTC-4) | | | Sent | The 2nd one involved the red/dis Camaro. Y'all were out riding You Wayne and Tahk on Richfield rd and saw a souped up race Camaro 4 sale outside of a racecar fabrication shop u got out that nite and approached the place of business where it was setup 4 sale at and u realized that it was sum1 u knew from being at the race tracks with Sam Wood. The guys name was Joseph Scott and he said u looked familiar 2 him that's when u told him ur name was Jacob Wood Sam Wood's lil brother. From there he told u that u could come back the next day to test drive the car and have ur mechanic look at it. Y'all u wayne and Tahk left came back the next day and two more guys were there along with Scott Davis the guy u know from the race track. Yall left, stopped at a gas station on carpenter and dort hwy then yall headed over to Keller Rd at the deadend. It were sum ppl outside next door working on the house. Yall got out the car wayne pulled the gun out told the ppl (it was only 2 of them Scott davis did NOT cum with yall) to give him the keys and the title the two ppl refused Wayne shot the gun by surprise it was so close to u ur ears rang and then he forced them into the woods. You hopped in the truck and Wayne and Tahk left in Wayne's car.<br>Source Extraction: Physical |
| 131 | Sent | To<br>+12485716674<br>Direction:<br>Outgoing | 5/22/2018<br>7:34:46 AM(UTC-4) | | | Sent | The 3rd one involved the White Cadillac and Red Corvete. Y'all seen a car advertised 4sell in the newspaper y'all called 2 schedule a test drive. The owners said come the next day. The next day you called them back to set up the test drive. Y'all drove all the way to Fenton to the ppls house. Yall got lost several times so you kept calling them back 4 directions. Yall finally arrived. You got out met the husband and wife u got in the car with the husband. You were in the driver seat. The husband was in the passenger seat. Wayne and Tahk stayed in Wayne's car. The wife got into a red corvette. Yall traveled to Mt. Morris. Y'all stopped at a gas station on the corner of Clio and Coldwater then yall headed 2 the same deadend road at the last house on the right. This time someone was home, 2 ensure that u would not alarm them inside the home u went up 2 the door and 1st one black male came to the door. U asked to mow the lawn, he said wait so he could get the owner then another older black male came 2 the door u asked him if u could cut the grass. He declined ur offer. You left went back out to the car pulled the gun out told the white male to get out  the car and to give u the title. You walked hom to the road where his wife was told hee to get out the car. She got out you tooj the keys and told them to get in the woods. They walked in the woods. Wayne got out of his car jumped in the corvette and sped off Tahk left in Wayne's car and u jumped back in the Cadillac and left.<br>Source Extraction: Physical |
| 132 | Inbox | From<br>+12485716674<br>Direction:<br>Incoming | 5/22/2018<br>7:45:40 AM(UTC-4) | Network:<br>5/22/2018<br>7:45:31 AM(UTC-4) | +14044550060 | Read | OK so I was driving the white car<br>Source Extraction: Physical |
| 133 | Outbox | To<br>+12485716674<br>Direction:<br>Outgoing | 5/22/2018<br>7:45:57 AM(UTC-4) | | | Unsent | Cadillac yes<br>Source Extraction: Physical |
| 134 | Inbox | From<br>+12485716674<br>Direction:<br>Incoming | 5/22/2018<br>7:47:16 AM(UTC-4) | Network:<br>5/22/2018<br>7:47:03 AM(UTC-4) | +14044550060 | Read | OK so I was driving the white car<br>Source Extraction: Physical |
| 135 | Inbox | From<br>+12485716674<br>Direction:<br>Incoming | 5/22/2018<br>7:54:35 AM(UTC-4) | Network:<br>5/22/2018<br>7:54:26 AM(UTC-4) | +14044550036 | Read | OK so I was driving the white car<br>Source Extraction: Physical |

| 136 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 8:36:18 AM(UTC-4) | Network: 5/22/2018 8:36:18 AM(UTC-4) | +14054720057 | Read | I was loving the pipe cat  Source Extraction: Physical | |
|---|---|---|---|---|---|---|---|---|
| 137 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 8:36:23 AM(UTC-4) | Network: 5/22/2018 8:36:19 AM(UTC-4) | +14054720057 | Read | The Truck with gold car and motty  Source Extraction: Physical | |
| 138 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 8:36:27 AM(UTC-4) | Network: 5/22/2018 8:36:21 AM(UTC-4) | +14054720057 | Read | Monty  Source Extraction: Physical | |
| 139 | Inbox | From +12485716674  Direction: Incoming | 5/22/2018 10:07:00 PM(UTC-4) | Network: 5/22/2018 10:06:57 PM(UTC-4) | +14054720057 | Read | Call me asap  Source Extraction: Physical | |