UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

CARMEN D. PALMER,

    Respondent.

No. 13-cv-14695

HON. MATTHEW F. LEITMAN

_____/

# EXHIBIT 8

Text Messages between Omar Pouncy and Rashad Shahid (Phone 2)



# Extraction Report
Cellebrite Reports

## SMS Messages (34)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | SMSC | Status | Message | Deleted |
|---|--------|-------|------|----------------|------|--------|---------|---------|
| 1 | Sent | To 8103367021 Rashad Shahid* Direction: Outgoing | 6/6/2018 7:09:25 AM(UTC-4) | | | Sent | Cuz we're good everything landed. I lost the other one yesterday tho. Homie got caught with it. Fuck it we bout 2 get this money tho get ready!!!! Source Extraction: Physical | Yes |
| 2 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/6/2018 7:09:26 AM(UTC-4) | Network: 6/6/2018 7:09:22 AM(UTC-4) | +12063130057 | Read | Free Msg: Unable to send message - Message Blocking is active. Source Extraction: Physical | Yes |
| 3 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/6/2018 1:35:49 PM(UTC-4) | | | Sent | Cuz we're good everything landed. I lost the other one yesterday tho. Homie got caught with it. Fuck it we bout 2 get this money tho get ready!!!! Source Extraction: Physical | Yes |
| 4 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/6/2018 1:43:11 PM(UTC-4) | | | Sent | Cuzo wat time can u talk nigga Source Extraction: Physical | Yes |
| 5 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/6/2018 2:38:16 PM(UTC-4) | Network: 6/6/2018 2:38:16 PM(UTC-4) | +12063130056 | Read | Now Source Extraction: Physical | Yes |
| 6 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/6/2018 2:38:17 PM(UTC-4) | Network: 6/6/2018 2:38:17 PM(UTC-4) | +12063130056 | Read | Ight bet Source Extraction: Physical | Yes |
| 7 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/6/2018 2:38:19 PM(UTC-4) | Network: 6/6/2018 2:38:18 PM(UTC-4) | +12063130056 | Read | I'm off at 4:30 cuz anytime after that, I be going to sleep early cuz I gotta leave the house a hour early now Source Extraction: Physical | Yes |
| 8 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/6/2018 2:38:54 PM(UTC-4) | | | Sent | Ok send me wall's name ASAP Source Extraction: Physical | Yes |
| 9 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/6/2018 2:41:35 PM(UTC-4) | Network: 6/6/2018 2:41:36 PM(UTC-4) | +12063130056 | Read | Break almost over Source Extraction: Physical | Yes |
| 10 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/6/2018 2:41:38 PM(UTC-4) | Network: 6/6/2018 2:41:39 PM(UTC-4) | +12063130056 | Read | Call failed Source Extraction: Physical | Yes |
| 11 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/6/2018 2:42:24 PM(UTC-4) | Network: 6/6/2018 2:42:25 PM(UTC-4) | +12063130056 | Read | Off at 4:30 call anytime time after that Source Extraction: Physical | Yes |
| 12 | Sent | To 18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 6:29:47 AM(UTC-4) | | | Sent | Throwing my junkie nosey ads off Source Extraction: Physical | Yes |
| 13 | Sent | To 18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 6:30:03 AM(UTC-4) | | | Sent | I can't talk right now. I'll call you back shortly. Source Extraction: Physical | Yes |

| # | Folder | From/To | Date/Time | Network Time | Number | Status | Message | Read |
|---|---|---|---|---|---|---|---|---|
| 14 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 6:30:16 AM(UTC-4) | Network: 6/7/2018 6:30:15 AM(UTC-4) | +12063130056 | Read | Look Source Extraction: Physical | Yes |
| 15 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 6:30:23 AM(UTC-4) | Network: 6/7/2018 6:30:24 AM(UTC-4) | +12063130056 | Read | Start work at 7 Source Extraction: Physical | Yes |
| 16 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 6:31:33 AM(UTC-4) | | | Sent | EVERYTHING PERFECT!!! We need to drop a pound of trees and half ounce of dog food. Asap Source Extraction: Physical | Yes |
| 17 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 6:31:59 AM(UTC-4) | | | Sent | Did anybody contact bout Limon up with u Source Extraction: Physical | Yes |
| 18 | Sent | From 15178886871 To +18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 6:43:42 AM(UTC-4) | | | Unknown | Ok Source Extraction: Physical | Yes |
| 19 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 9:50:27 AM(UTC-4) | Network: 6/7/2018 9:50:27 AM(UTC-4) | +12063130056 | Read | Okay Source Extraction: Physical | |
| 20 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 9:50:32 AM(UTC-4) | Network: 6/7/2018 9:50:33 AM(UTC-4) | +12063130056 | Read | On break now Source Extraction: Physical | |
| 21 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 9:50:37 AM(UTC-4) | Network: 6/7/2018 9:50:38 AM(UTC-4) | +12063130056 | Read | In a meeting tho Source Extraction: Physical | |
| 22 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 9:50:55 AM(UTC-4) | Network: 6/7/2018 9:50:56 AM(UTC-4) | +12063130056 | Read | Call or text between 10am-10:15 Source Extraction: Physical | |
| 23 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 9:51:23 AM(UTC-4) | | | Sent | Ok Source Extraction: Physical | |
| 24 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 10:16:34 AM(UTC-4) | | | Sent | Wats ur next break cuz Source Extraction: Physical | |
| 25 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 1:18:50 PM(UTC-4) | Network: 6/7/2018 1:18:49 PM(UTC-4) | +12063130056 | Read | Now until 1pm Source Extraction: Physical | |
| 26 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 1:19:11 PM(UTC-4) | Network: 6/7/2018 1:18:51 PM(UTC-4) | +12063130056 | Read | Off at 3:30 Source Extraction: Physical | |
| 27 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 1:20:32 PM(UTC-4) | | | Sent | I'll hit u then Source Extraction: Physical | |
| 28 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 4:06:52 PM(UTC-4) | Network: 6/7/2018 4:06:42 PM(UTC-4) | +12063130056 | Read | Ight Source Extraction: Physical | |
| 29 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 9:21:33 PM(UTC-4) | | | Sent | $650 Western Union from MarTravion Townsend Saginaw, No 48601 confirmation # 8329409979 sent to William Wilson Source Extraction: Physical | |
| 30 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 9:22:01 PM(UTC-4) | Network: 6/7/2018 9:22:02 PM(UTC-4) | +12063130056 | Read | Okay Source Extraction: Physical | |
| 31 | Sent | To +18103367021 Rashad Shahid* Direction: Outgoing | 6/7/2018 9:22:48 PM(UTC-4) | | | Sent | $350 more cumin Source Extraction: Physical | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 11:08:58 PM(UTC-4) | Network: 6/7/2018 11:08:44 PM(UTC-4) | +12063130056 | Read | How much for 1 oz of TOB Source Extraction: Physical | |
| 33 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 11:09:14 PM(UTC-4) | Network: 6/7/2018 11:08:45 PM(UTC-4) | +12063130056 | Read | How much for 1 oz of TOB Source Extraction: Physical | |
| 34 | Inbox | From +18103367021 Rashad Shahid* Direction: Incoming | 6/7/2018 11:09:21 PM(UTC-4) | Network: 6/7/2018 11:08:45 PM(UTC-4) | +12063130056 | Read | How much for 1 oz of TOB Source Extraction: Physical | |