UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OMAR RASHAD POUNCY, | Case No. 2:13-cv-14695 |
| Petitioner, | Hon. Matthew F. Leitman |
| v. | |
| CARMEN D. PALMER, | |
| Respondent. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.25(b)(2), Timilin K. Sanders, Esq., of Latham & Watkins LLP, respectfully requests that the Court enter an order allowing Mrs. Sanders to withdraw as counsel for Petitioner Omar Rashad Pouncy in the above-captioned matter. Mrs. Sanders will no longer be associated with Latham & Watkins as of June 7, 2019. Petitioner will continue to be represented by Latham & Watkins and other counsel in this matter.

Dated: June 5, 2019

Respectfully Submitted,

/s/  Timilin K. Sanders
Timilin K. Sanders
Latham & Watkins LLP
555 11th St. NW
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
E-mail: timilin.sanders@lw.com
*Counsel for Petitioner*

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OMAR RASHAD POUNCY, <br><br> Petitioner, <br><br> v. <br><br> CARMEN D. PALMER, <br><br> Respondent. | Case No. 2:13-cv-14695 <br><br> Hon. Matthew F. Leitman |

**BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

In support of Timilin K. Sanders' Motion to Withdraw as Counsel, Mrs. Sanders relies on the facts contained in the accompanying motion.

Dated: June 5, 2019

Respectfully Submitted,

/s/ Timilin K. Sanders

Timilin K. Sanders
Latham & Watkins LLP
555 11th St. NW
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
E-mail: timilin.sanders@lw.com

*Counsel for Petitioner*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2019, I electronically filed this Motion to Withdraw as Counsel with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants.

/s/  Timilin K. Sanders

Timilin K. Sanders
Latham & Watkins LLP
555 11th St. NW
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
E-mail: timilin.sanders@lw.com

*Counsel for Petitioner*