UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| OMAR RASHAD POUNCY, <br><br> Petitioner, <br><br> v. <br><br> CARMEN D. PALMER, <br><br> Respondent. | ) ) ) ) ) Case No. 2:13-cv-14695 ) ) ) Hon. Matthew F. Leitman ) ) ) ) ) ) |

**OMAR POUNCY'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE PETITIONER'S REPLY TO THE STATE'S RESPONSE TO MOTION FOR A SCHEDULING ORDER WITH RESPECT TO THE STATE'S MOTION TO DISMISS**

Ropes & Gray's deadline to file the Reply to the State's Response to the motion for a scheduling order with respect to the State's motion to dismiss (ECF No. 254) under the current briefing schedule is Friday, August 23. Upon the Court's scheduling of a telephonic conference for August 28, Ropes & Gray determined that it would forego filing its Reply, as the telephonic conference provided sufficient opportunity to state its position on behalf of Pouncy. Now that the conference has been postponed, we would like the opportunity to file a Reply. The State has assented to this motion. Accordingly, Ropes & Gray respectfully requests an

1

enlargement of time to file Pouncy's Reply to the State's Response (ECF No. 254) no later than **Monday, August 26**.

                                                      Respectfully submitted,

DATED:    August 23, 2019

                                                      /s/ Aaron M. Katz
Aaron M. Katz

ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Aaron.Katz@ropesgray.com


/s/ David L. Moffitt
David L. Moffitt (P30716)

DAVID L. MOFFITT & ASSOCIATES
30800 Telegraph Road, Suite 1705
Bingham Farms, MI 48025
Telephone: (248) 644-0880
dlmoffittassoc@ameritech.net

## CERTIFICATE OF SERVICE AND LOCAL RULE 7.1 CERTIFICATION

I, Aaron M. Katz, hereby certify that on August 23, 2019, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> David Porter
> Assistant Attorney General
> Attorney for Respondent
> Criminal Appellate Division
> P.O. Box 30217
> Lansing, MI 48909
> (517) 335-7650
> porterd@michigan.gov

I further certify that I conferred with Mr. Porter with respect to this motion, and Mr. Porter assented.

Respectfully submitted,

DATED: August 23, 2019

/s/ Aaron M. Katz
Aaron M. Katz

ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Aaron.Katz@ropesgray.com