UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.
_____/

## ORDER ON PENDING MOTIONS

On October 16, 2019, the Court held a hearing to address several pending motions. For the reasons stated on the record, **IT IS HEREBY ORDERED** that:

- Petitioner Omar Rashad Pouncy's Motion for Discovery (ECF No. 248) is **DENIED WITHOUT PREJUDICE**.

- Petitioner's Motion for Order for Release from Segregation (ECF No. 250) is **TAKEN UNDER ADVISEMENT**.

- Petitioner's Motion for a Scheduling Order with Respect to the State's Motion to Dismiss (ECF No. 252) is **GRANTED** as follows:

    - Petitioner shall file a response brief to Respondent Carmen D. Palmer's Motion to Dismiss With Prejudice (ECF No. 238) by not later than **November 27, 2019**.

    - Respondent shall file a reply brief by not later than **21 days** after Petitioner files its response brief.

- Petitioner's Motion to Show Cause Regarding Interference with Attorney-Client Communication (ECF No. 263) is **DENIED WITHOUT PREJUDICE**.

1

- Petitioner's Motion for Simultaneous Consideration of the Substantive Claims and Respondent's Motion to Dismiss (ECF No. 265) is **DENIED WITHOUT PREJUDICE**.

- Petitioner's Motion for Discovery of Wayne Grimes' PSIR (ECF No. 266) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764