UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.
_____/

# ORDER DENYING PETITIONER'S RENEWED MOTION FOR RESPONDENT TO SHOW CAUSE REGARDING INTERFERENCE WITH ATTORNEY–CLIENT COMMUNICATION (ECF No. 231)

On May 3, 2019, Petitioner Omar Pouncy filed a renewed Motion for Respondent to Show Cause Regarding Interference with Attorney–Client Communication (ECF No. 231). For the reasons explained on the record on October 16, 2019 (in the context of a discussion of a related motion that raised the same or similar issues), the Court is not yet persuaded to grant Petitioner's requested relief. Accordingly, **IT IS HEREBY ORDERED THAT** Petitioner's Motion is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
Dated: October 17, 2019        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2019, by electronic means and/or ordinary mail.

<u>s/Holly A. Monda</u><br>
Case Manager<br>
(810) 341-9764