UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.

_____/

## **ORDER ON STATUS CONFERENCE**

The Court held a telephonic status conference on February 5, 2020. As discussed on the record, the Court hereby orders:

- By not later than **February 20, 2020**, counsel for each party shall discuss with their client and with co-counsel the various options for moving forward with this action;

- By not later than **February 27, 2020**, counsel for each party shall meet and confer (by telephone if preferred) with opposing counsel to discuss the proposed options for moving forward;

- If counsel for both parties reach an agreement concerning an option for moving forward, by not later than **March 5, 2020**, they shall file on the Court's docket a single Notice informing the Court of the agreement. If no agreement is reached, then by not later than **March 5, 2020**, counsel for each

1

party shall separately file on the docket a Notice setting forth that party's proposed plan for moving forward.

**IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: February 5, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2020, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda
                                      Case Manager
                                      (810) 341-9764