UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

CARMEN D. PALMER.

    Respondent.

Case No. 13–cv–14695
Hon. Matthew F. Leitman

## ORDER PERMITTING SUBSTITUTION/ WITHDRAWAL OF ATTORNEYS

In accordance with the Request for Entry of Order of Substitution/Withdrawal of Attorneys filed by Respondent in this matter;

**IT IS HEREBY ORDERED** that John S. Pallas, Assistant Attorney General for the State of Michigan, is hereby substituted as counsel representing Respondent in this case and that Laura Moody, P51994, Bruce H. Edwards, P34983, Christopher M. Allen, P75329, David H. Goodkin, P69338, David A. Porter, P76785, shall be withdrawn from the docket of this case as counsel of record for Respondent. If attorney John S. Pallas already has an appearance in this case, Laura Moody, P51994, Bruce H. Edwards, P34983, Christopher M. Allen, P75329, David H. Goodkin, P69338, David A. Porter, P76785, shall be withdrawn as counsel for Respondent.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 3, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2020, by electronic means and/or ordinary mail.

                                                         s/Holly A. Monda
                                                         Case Manager
                                                         (810) 341-9764