UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.

_____/

## ORDER (1) DENYING MOTION FOR BOND (ECF No. 292) AND (2) SETTING FINAL BRIEFING SCHEDULE

On April 13, 2020, Petitioner Omar Rashad Pouncy filed an Emergency Motion for Bond (ECF No. 292). For the reasons stated on the record at the telephonic status conference on April 14, 2020, Pouncy's motion is **DENIED**.

As agreed during the telephonic status conference on April 14, 2020, counsel for Petitioner shall file his final opening brief by not later than **MAY 1, 2020**. Counsel for Respondent shall file a response brief by not later than **JUNE 1, 2020**. And Counsel for Petitioner shall file a reply brief by not later than **JUNE 15, 2020**. The Court will then set the matter for an in-person hearing.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: April 14, 2020    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2020, by electronic means and/or ordinary mail.

<pre>
                              s/Holly A. Monda
                              Case Manager
                              (810) 341-9764
</pre>