UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

      Petitioner,

v.

                                         Case No. 13-cv-14695
                                         Hon. Matthew F. Leitman

CARMEN D. PALMER,

      Respondent.
_____/

## ORDER TERMINATING PETITIONER'S MOTIONS
## (ECF Nos. 275, 276, 280, and 301) AS MOOT

      Petitioner Omar Rashad Pouncy is a state prisoner in the custody of the Michigan Department of Corrections. In this action, Pouncy seeks a writ of habeas corpus. The Court has set a hearing on Pouncy's petition for July 30, 2020. (*See* Notice, ECF No. 315.) Pouncy has also filed numerous motions with the Court. Through this order, the Court **TERMINATES AS MOOT** Pouncy's (1) motion for entry of order permitting non-collect attorney-client conference calls (ECF No. 275), (2) motion for immediate consideration (ECF No. 276), and (3) motion to accept *pro se* supplement (ECF No. 280). In addition, based upon a stipulation and order that the Court entered on June 18, 2020 (*see* ECF No. 322), the Court also **TERMINATES AS MOOT** Pouncy's renewed motion for discovery (ECF No. 301.)

      **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
Dated: July 8, 2020                   UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda  
                                                Case Manager  
                                                (810) 341-9764