UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

    Case No. 13-cv-14695
    Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.

_____/

## ORDER TO APPEAR FOR VIDEO STATUS CONFERENCE

On July 17, 2020, Petitioner Omar Rashad Pouncy, through counsel David Moffitt, filed three motions: a motion for reconsideration of this Court's order denying Pouncy's motion for summary judgment on his public trial claim (ECF No. 330), a motion to enforce judicial admissions (ECF No. 331), and a motion to be permitted to appear electronically at an upcoming hearing (ECF No. 332).  **IT IS HEREBY ORDERED THAT**:

1. Counsel for both parties appear for a video status conference on <u>Wednesday, July 22 at 3:00 p.m</u>.  Mr. Moffitt shall personally attend and participate in the conference.  Other counsel for Pouncy may attend, but are not required to do so.  At least one of the attorneys for Respondent shall participate in the conference.

2. The purpose of the conference is to discuss two of the motions filed on July 17, 2020: ECF 330 & 331.

3. Counsel who attend the conference shall have immediately available to them the following documents from the record in this action:

   a. ECF No. 33 – motion for summary judgment;

   b. ECF No. 60 – motion for reconsideration of order denying summary judgment;

   c. ECF No. 57 – transcript of summary judgment motion hearing;

   d. ECF No. 274 – order striking supplemental brief;

   e. ECF No. 330 – motion for reconsideration;

   f. ECF No. – motion to enforce judicial admissions; and

   g. Any reply brief filed by Ropes & Gray on or about July 20, 2020.

Dated:  July 20, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764