UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

MATT MACAULEY,

    Respondent.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Petitioner on Petitioner's ineffective assistance of counsel claim in connection with the plea-bargaining process and entered in favor of Respondent in all other respects.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED**.

KINIKA D. ESSIX
CLERK OF THE COURT
By: s/Holly A. Monda
Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

Dated: June 28, 2021
Flint, Michigan

1