# IN THE UNITED STATES DISTRICT COURT
## EASTERM DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| OMAR RASHAD POUNCY, | ) | Case No. 2:13cv14695 |
| | ) | |
| | ) | Hon. Matthew F. Leitman |
| Petitioner, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| v. | ) | |
| | ) | Richard M. Kerger (0015864) |
| | ) | THE KERGER LAW FIRM, LLC |
| MATT MACAULEY, | ) | 4159 N. Holland-Sylvania Rd., Ste. 101 |
| | ) | Toledo, OH  43623 |
| | ) | Telephone: (419) 255-5990 |
| Respondent. | ) | Fax: (419) 255-5997 |
| | ) | Email:  rkerger@kergerlaw.com |
| | ) | |
| | ) | *Counsel for Petitioner* |

Critical differences have arisen between the lawyer and the client on strategy as to how the matter should proceed.  Therefore the undersigned is requesting this Court allow him to withdraw as counsel for Petitioner Omar Rashad Pouncy.

Respectfully submitted,

/s/ Richard M. Kerger

2

THE KERGER LAW FIRM, LLC
4159 N. Holland-Sylvania Rd., Ste 101
Toledo, OH 43623
Telephone: (419) 255-5990
FAX: (419) 255-5997

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been electronically filed this 31st day of August, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Richard M. Kerger

2