UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,                                                                       Case No. 13-cv-14695
                                                                               Hon. Matthew F. Leitman

v.

MATT MACAULEY,

    Respondent.
_____/

## ORDER STRIKING PRO SE FILINGS (ECF Nos. 437, 438, AND 439) BY PETITIONER OMAR RASHAD POUNCY

On October 26, 2021, the Court struck several *pro se* filings by Petitioner Omar Rashad Pouncy. (*See* Order, ECF No. 432.) On October 28, 2021, the Court received what appears to be duplicate copies of several of these filings. (*See* ECF Nos. 437, 438, and 439.) For all of the reasons stated in the Court's October 26 order, the Court **STRIKES** the duplicative *pro se* submissions from the Court's docket.

    **IT IS SO ORDERED.**

                                                                  s/Matthew F. Leitman
                                                                  MATTHEW F. LEITMAN
                                                                  UNITED STATES DISTRICT JUDGE

Dated:  October 28, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 28, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
