UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

    Case No. 13-cv-14695
    Hon. Matthew F. Leitman

MATT MACAULEY,

    Respondent.
_____/

## ORDER STRIKING PRO SE FILING (ECF No. 442) BY PETITIONER OMAR RASHAD POUNCY

In this habeas action, Petitioner Omar Rashad Pouncy is (and has been) ably represented by a truly outstanding team of attorneys. They have made numerous appropriate and effective filings with the Court. Pouncy has nonetheless repeatedly filed his own briefs and submissions in an apparent effort to supplement the work of his attorneys. And this Court has repeatedly entered orders advising Pouncy that he may not do so – that he may not simultaneously proceed both through counsel and *pro se*. (*See, e.g.*, Orders, ECF Nos. 274, 340, and 384.) Indeed, less than a month ago, the Court struck four additional *pro se* filings by Pouncy and again advised him that he should not file *pro se* briefs that supplement the work of his counsel. (*See* Order, ECF No. 432.)

1

On November 4, 2021, Pouncy filed a *pro se* response to Respondent's currently-pending motion to stay. (*See* Pouncy Resp., ECF No. 442.) Pouncy's counsel has already filed a response to that motion on Pouncy's behalf. (*See* Pouncy's Counsel's Resp., ECF No. 436.) For all of the reasons stated in the Court's prior orders striking Pouncy's *pro se* filings, and because Pouncy's *pro se* response violates the Court's prior orders, the Court **STRIKES** Pouncy's *pro se* filing (ECF No. 442) from the record.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: November 23, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 23, 2021, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764