UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

MATT MACAULEY,

    Respondent.
_____/

Case No. 13-cv-14695
Hon. Matthew F. Leitman

## ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR ORDER TO SHOW CAUSE (ECF No. 457)

Now before the Court is Petitioner Omar Rashad Pouncy's motion to require Respondent to show cause regarding certain alleged interference with Pouncy's ability to communicate with his counsel in this action. (*See* Mot., ECF No. 457.) This case is currently on appeal before the United States Court of Appeals for the Sixth Circuit. The Court is not yet persuaded that it has the authority to grant the relief Pouncy seeks given the current posture of the case on appeal. Accordingly, the Court **DENIES** Pouncy's motion **WITHOUT PREJUDICE**. If he wishes, Pouncy may re-file his motion and support it with authority demonstrating that this Court has the authority to grant the relief he seeks under these circumstances. If he chooses to re-file his motion with such authority, the Court will consider the merits of Pouncy's requests at that time. Nothing in this order should be construed as a

1

suggestion by this Court that it would be inclined to grant the relief Pouncy seeks if it is persuaded that it has the authority to grant that relief. The Court expresses no view whatsoever on the merits of Pouncy's request.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126