UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

                       Case No. 13-cv-14695
                       Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.

_____/

### ORDER TERMINATING AS MOOT PETITIONER'S MOTION TO REMEDY RESPONDENT'S VIOLATION OF FRAP 23(a) BY ORDERING PETITIONER'S RETURN TO THE EASTERN DISTRICT (ECF No. 461)

Now pending before the Court is Petitioner's Motion to Remedy Respondent's Violation of FRAP 23(a) by Ordering Petitioner's Return to the Eastern District. (*See* Mot., ECF No. 461.) In the motion, Petitioner complains that he has been unlawfully transferred to a prison facility in the Western District of Michigan. He seeks entry of an order compelling Respondent to return him to a prison facility in the Eastern District of Michigan. Today, the Court checked the Michigan Department of Corrections website and learned that after filing the motion, Petitioner was transferred to the St. Louis Correctional Facility in St. Louis, Michigan. He remains in that facility at this time. That facility is located in Gratiot County, which lies in the Eastern District of Michigan. Because Petitioner is now

1

housed in the Eastern District of Michigan, the pending motion is **TERMINATED AS MOOT.**

  **IT IS SO ORDERED.**

              s/Matthew F. Leitman
              MATTHEW F. LEITMAN
              UNITED STATES DISTRICT JUDGE

Dated: April 24, 2023

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 24, 2023, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5126