UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

CARMEN D. PALMER,

    Respondent.

_____/

Case No. 13-cv-14695
Hon. Matthew F. Leitman

## ORDER IN RESPONSE TO REQUEST (ECF No. 470)

Petitioner Omar Pouncy has filed a Request in which he states that officials with the Michigan Department of Corrections are preventing him from having access to his attorney and that the restricted access is impacting his ability to prepare his case on appeal. The Court directs Pouncy to have his attorney file a Notice with the Court if counsel believes that access is, in fact, being impeded by the MDOC. If counsel files such a Notice, the Court will review it.

    **IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: May 18, 2023

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 18, 2023, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan
                                                        Case Manager
                                                        (313) 234-5126