Case No. 21-1811/21-2759

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

OMAR RASHAD POUNCY

    Petitioner - Appellee Cross-Appellant

v.

CARMEN DENISE PALMER, Warden

    Respondent - Appellant Cross- Appellee

Upon consideration of appellee cross-appellant's motion to file an oversized second brief consisting of 20,005 words,

It is **ORDERED** that the motion be and it hereby is **GRANTED** and appellee cross-appellant's second brief is accepted as filed.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Deborah S. Hunt, Clerk

Issued: June 22, 2023