**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/23/2023.

**Case Name:**   Omar Pouncy v. Carmen Palmer
**Case Number:**   21-1811

**Docket Text:**
ORDER filed : Counsel is not ethically obligated to brief issues that in counsel's reasoned judgment he does not deem meritorious. Grounds for discharge of counsel not being demonstrated, petitioner's motion [7000864-2]; is hereby DENIED. [21-1811, 21-2759]

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Omar Rashad Pouncy
Clare County Jail
255 W. Main Street
Harrison, MI 48625

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. John S. Pallas
Mr. Kevin Michael Schad

Nos.  21-1811/2759

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 23, 2023
DEBORAH S. HUNT, Clerk

OMAR RASHAD POUNCY,                          )
                                             )
    Petitioner-Appellee Cross-Appellant,     )
                                             )
v.                                           )     O R D E R
                                             )
CARMEN DENISE PALMER, Warden,                )
                                             )
    Respondent-Appellant Cross-Appellee.     )


    Both parties appeal from the district court's order granting petitioner habeas relief pursuant to 28 U.S.C. § 2254 on one ineffective-assistance-of-counsel claim and denying his remaining claims.  Petitioner moves for the discharge of his current court-appointed counsel, Attorney Kevin Michael Schad, the appointment of substitute counsel, and the abatement of briefing.  Petitioner cites disagreement over appellate strategy and communication difficulties.  Counsel responds and has since filed a Second Brief on behalf of petitioner.

    Counsel is not ethically obligated to brief issues that in counsel's reasoned judgment he does not deem meritorious.  Grounds for discharge of counsel not being demonstrated, petitioner's motion is hereby **DENIED**.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk