Nos. 21-2759/1811

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 27, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| OMAR RASHAD POUNCY, | ) |
| Petitioner-Appellee Cross-Appellant, | ) ) ) |
| v. | )     O R D E R |
| CARMEN DENISE PALMER, Warden, | ) ) ) |
| Respondent-Appellant Cross-Appellee. | ) |

The Warden appeals the district court's order granting a conditional writ of habeas corpus, and Omar Rashad Pouncy cross-appeals the district court's judgment granting in part and denying in part his petition for relief in habeas corpus pursuant to 28 U.S.C. § 2254 and denying reconsideration thereof. The court previously granted Pouncy's motion to withdraw his appointed counsel. The clerk has now appointed Amy Lee Copeland as replacement appellate counsel. Pouncy moves pro se for issuance of an expedited briefing schedule, oral argument, submission, and decision.

The pro se motion to expedite is **DENIED** without prejudice to renewal by counsel. The clerk is directed to lock the Second Brief filed by previous counsel at Docket Entry No. 66. A new briefing schedule will issue upon the filing of an entry of appearance by Attorney Copeland.

                                                ENTERED PURSUANT TO RULE 45(a)
                                                RULES OF THE SIXTH CIRCUIT

                                                Deborah S. Hunt, Clerk

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 10/27/2023.

**Case Name:** Omar Pouncy v. Carmen Palmer
**Case Number:** 21-2759

**Docket Text:**
ORDER filed DENYING motion expedite case [7058098-2]. [21-2759, 21-1811]

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Omar Rashad Pouncy
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Amy Lee Copeland
Ms. Kinikia D. Essix
Mr. John S. Pallas