UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

CARMEN D. PALMER,

    Respondent.
_____/

Case No. 13-cv-14695
Hon. Matthew F. Leitman

### ORDER DIRECTING PETITIONER TO SUPPLEMENT MOTION TO APPOINT COUNSEL

Now before the Court is a motion by Petitioner Omar Pouncy for the appointment of counsel to represent him in connection with several motions that Pouncy filed on June 12, 2024. (*See* Mot. for Appointment of Counsel, ECF No. 480.) In the motion, Pouncy says that he has been in contact with an attorney who is willing to accept an appointment to represent him under the Criminal Justice Act. (*See id.*, PageID.15096.) But Pouncy does not identify the attorney or provide any information concerning the attorney's qualifications, background, and experience.

The Court is seriously considering Pouncy's request for the appointment of counsel. Such an appointment may help streamline the proceedings and ensure the proper presentation of both side's arguments in the most fair and efficient way. However, the Court is not willing to grant Pouncy's request for the

1

appointment of counsel without additional information concerning the attorney whose appointment Pouncy is proposing.  Accordingly, **IT IS HEREBY ORDERED** that Pouncy shall supplement his motion for appointment of counsel with the identity of the attorney he wishes to have appointed for him and with information regarding that attorney's background and experience – especially as it relates to handling habeas proceedings in federal court.  When Pouncy provides the required supplementation, the Court will determine whether to appoint counsel.  If the Court appoints counsel, the Court will promptly convene a status conference with counsel for both parties to discuss next steps.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126