UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

CARMEN D. PALMER,

    Respondent.
_____/

Case No. 13-cv-14695
Hon. Matthew F. Leitman

## ORDER APPOINTING FEDERAL DEFENDER OFFICE

In this action, Petitioner Omar Rashad Pouncy seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Now before the Court is a motion by Pouncy for the appointment of counsel to represent him in connection with several motions that Pouncy filed on June 12, 2024. (*See* Mot. for Appointment of Counsel, ECF No. 480.)

On June 17, 2024, the Court directed Pouncy to supplement his motion. (*See* Order, ECF No. 486.)  On June 24, 2024, attorney Haralambos D. Mihas contacted the Court, explained that he represents Pouncy in Pouncy's related criminal action, and that he (Mihas) would be willing to accept appointment under the Criminal Justice Act as Pouncy's counsel in this action.

Accordingly, **IT IS HEREBY ORDERED** that the Federal Defender's Office is appointed to represent Pouncy in these proceedings. The Court recommends that the Defender's Office assign this case to Mihas. Once counsel is assigned, the Court will hold a Status Conference with counsel to discuss the next steps related to Pouncy's pending motions.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 25, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126