UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

    Case No. 13-cv-14695
    Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.

_____/

### ORDER DENYING MOTION TO STAY REMAINDER OF STATE COURT SENTENCE PENDING APPEAL (ECF No. 500)

Petitioner Omar Rashad Pouncy has filed a motion to stay the remainder of his state court sentence pending appeal. The motion is **DENIED**. It is not clear to the Court that it has the authority to grant the requested relief in light of the fact that appeals by both parties are pending in the Sixth Circuit. But even if the Court had such authority, it would not exercise that authority to grant a stay because the Court is not persuaded that Pouncy is entitled to that relief or that granting that relief would otherwise be appropriate.

    **IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated: July 31, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2024, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan  
                                      Case Manager  
                                      (313) 234-5126