UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

    Case No. 13-cv-14695
    Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.
_____/

### ORDER (1) DENYING PETITIONER'S MOTION TO APPOINT COUNSEL (ECF No. 502) AND (2) REMINDING PETITIONER OF DEADLINE TO FILE REPLY BRIEF

On June 25, 2024, the Court granted Petitioner Omar Rashad Pouncy's motion to appoint counsel, and it appointed attorney Haralambos Mihas, who represented Pouncy in related criminal matters, to represent Pouncy in this action. (*See* Orders, ECF Nos. 487, 488.)  Pouncy has since fired Mihas.  The Court therefore **TERMINATES** Mihas' appearance on Pouncy's behalf.

Pouncy now asks the Court to appoint him new counsel. (*See* Mot., ECF No. 502, PageID.15289.)  The Court declines to do so.  Pouncy has proven throughout these proceedings that he is fully capable of representing himself.  Moreover, given Pouncy's record of disagreeing with (and terminating) his appointed and/or retained counsel, the Court has no reason to believe that Pouncy would be satisfied with any

1

attorney that the Court could appoint for him. Pouncy's motion to appoint counsel is therefore **DENIED**.

In Pouncy's motion, he also asks the Court to file with the United States Court of Appeals for the Sixth Circuit a petition for a writ of mandamus that he erroneously filed in this Court. (*See id.*, PageID.15288-15299.) The Court **DENIES** that request. If Pouncy wishes to file a motion and/or petition in the Sixth Circuit, he should do so himself.

Finally, the Court reminds Pouncy that he shall file a reply brief addressing the jurisdictional arguments raised the Government's recently-filed supplemental brief (ECF No. 503) by no later than **September 5, 2024**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126