UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.
_____/

## ORDER DENYING MOTION TO EXPEDITE BRIEFING SCHEDULE (ECF No. 511)

Now before the Court is a motion by Petitioner Omar Pouncy to modify a briefing schedule set by the Court in connection with Pouncy's pending motion for indicative ruling. The motion to expedite is **DENIED** because the Court is not persuaded that a modification of the schedule is necessary or appropriate. If the Sixth Circuit sets an oral argument date on Pouncy's pending appeal before the expiration of the currently-set briefing schedule, Pouncy may so inform the Court and renew his motion to modify the briefing schedule.

    IT IS SO ORDERED.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: October 2, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126