UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

                                                Case No. 13-cv-14695

v.                                         Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.

_____/

**ORDER DENYING PETITIONER'S MOTION
TO APPOINT ATTORNEY (ECF No. 526)**

On January 6, 2025, Petitioner Omar Rashad Pouncy filed a motion to appoint attorney Marcia G. Shein to represent him in this action. (*See* Mot., ECF No. 526.) The Court has reviewed the motion and **DENIES** it because the Court is not persuaded that it is necessary or appropriate to appoint counsel as requested by Pouncy.

    **IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated: January 7, 2025           UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 7, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126