UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

   Petitioner,

v.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

CARMEN D. PALMER,

   Respondent.
_____/

### ORDER DENYING PETITIONER'S MOTION TO APPOINT LONISE D. COULTER AS PARALEGAL (ECF No. 536)

Now before the Court is Petitioner Omar Rashad Pouncy's "Motion to Appoint Lonise D. Coulter as Paralegal." (Mot., ECF No. 536.) The motion is **DENIED** because the Court does not believe that the appointment of Coulter is necessary or appropriate.

**IT IS SO ORDERED**.

Dated: February 19, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1