UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

                                        Case No. 13-cv-14695
                                        Hon. Matthew F. Leitman

CARMEN D. PALMER,

    Respondent.
_____/

## ORDER DENYING MOTION FOR APPOINTMENT OF ADVISORY COUNSEL (ECF No. 538)

On March 10, 2025, the Court will be conducting a hearing in this case. The Court has indicated that at that hearing, it will give the parties an opportunity to address whether the Court should recuse in light of positions taken by Petitioner Omar Pouncy in his criminal case pending in this Court before another Judge. Pouncy has now filed a motion requesting the appointment of advisory counsel to assist him in addressing the recusal issues. The motion is **DENIED**. As the Court has previously observed, Pouncy has been able to represent himself at an unusually high level in this case, and he has shown the ability to learn, understand, and address a number of complicated legal subjects and issues. Based upon Pouncy's prior legal filings and arguments in this case, the Court is confident that Pouncy can sufficiently address any recusal issues on his own and without the assistance of appointed counsel.

1

One final point. Pouncy's motion seeking the appointment of advisory counsel was filed by an attorney who has not filed an Appearance in this case. That attorney filed the motion even though Pouncy is currently proceeding pro so. The Court directs Pouncy that he shall not have counsel file any papers with the Court unless that counsel has filed an Appearance in this action.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  February 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126