UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

   Petitioner,

v.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

CARMEN D. PALMER,

   Respondent.
_____/

### ORDER DENYING PETITIONER'S RENEWED MOTION TO APPOINT PARALEGAL LONISE D. COULTER (ECF No. 545)

Now before the Court is Petitioner Omar Rashad Pouncy's "Renewed Motion to Appoint Paralegal Lonise D. Coulter." (Mot., ECF No. 545.) The motion is **DENIED** because the Court does not believe that the appointment of Coulter is necessary or appropriate.

   **IT IS SO ORDERED**.

Dated: April 7, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126