UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR RASHAD POUNCY,

    Petitioner,

v.

Case No. 13-cv-14695
Hon. Matthew F. Leitman

CARMEN D. PALMER, Warden,

    Respondent.
_____/

### ORDER DENYING MOTION TO APPOINT COUNSEL (ECF No. 552)

Now before the Court is a motion by Petitioner Omar Pouncy for the appointment of counsel to represent him in connection with filing of petition for a writ of certiorari in the United States Supreme Court. The motion is **DENIED** because the Court is not persuaded that the appointment of counsel at taxpayer expense is either necessary or appropriate at this stage of the proceedings and under the circumstances of this case.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 9, 2025

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 9, 2025, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126